```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   CHRISTOPHER HOWE, individually  )
     and on behalf of all others     )
 4   similarly situated,             )
                                     )
 5              Plaintiff,           )
                                     )
 6     v.                            )  No. 19 C 1374
                                     )
 7   SPEEDWAY LLC and MARATHON       )
     PETROLEUM COMPANY,              )  Chicago, Illinois
 8                                   )  July 2, 2019
                Defendants.          )  9:00 a.m.
 9
                         TRANSCRIPT OF PROCEEDINGS
10                 BEFORE THE HONORABLE ANDREA R. WOOD

11   APPEARANCES:

12   For the Plaintiff:          STEPHAN ZOURAS, LLP
                                 BY:  MR. ANDREW C. FICZKO
13                               100 North Riverside Plaza
                                 Suite 2150
14                               Chicago, Illinois  60606
                                 (312) 233-1550
15
     For the Defendants:         SHOOK, HARDY & BACON LLP
16                               BY:  MR. GARY M. MILLER
                                 111 South Wacker Drive
17                               Suite 5100
                                 Chicago, Illinois  60606
18                               (312) 704-7700

19

20

21

22

23

24

25
                     Nancy C. LaBella, CSR, RDR, CRR
                          Official Court Reporter
                 219 South Dearborn Street, Room 1224
                         Chicago, Illinois  60604
                              (312) 435-6890
                          NLaBella.ilnd@gmail.com
```

1    (Proceedings had in open court:)
2         THE CLERK:  19 CV 1374, Howe v. Speedway.
3         MR. MILLER:  Good morning, your Honor.  Gary Miller
4    for Speedway and Marathon.
5         MR. FICZKO:  Good morning, your Honor.  Andy Ficzko
6    on behalf of plaintiff.
7         THE COURT:  Good morning.
8         So I have now the amended answer that was filed,
9    which -- I think back in May -- that had -- I think it was
10   going to address some issues that had been raised by the
11   plaintiff.  Discovery should be proceeding.  Where are things?
12        MR. FICZKO:  Correct, your Honor.  We're moving
13   forward with discovery.  Both parties responded to written
14   discovery.  I'm currently in the process of reviewing the
15   documents that were produced.  I intend to be issuing a
16   30(b)(6) deposition shortly.  And the named plaintiff has
17   already sat for his deposition.
18        THE COURT:  Any disputes that have come up?
19        MR. MILLER:  No, I don't think so.
20        MR. FICZKO:  No.
21        MR. MILLER:  I think we produced most, if -- maybe
22   all, of our responsive documents in the mandatory initial
23   disclosures; but we're reviewing to make sure that everything
24   gets produced.  As counsel said, we've taken the plaintiff's
25   deposition.  They'll probably want some depositions.  We'll

1  want to have some probably third-party depositions.  And we
2  think the current discovery deadline is fine, and we'll meet
3  it.
4          THE COURT:  Okay.  Where are the parties with respect
5  to the possibility of settlement?
6          MR. FICZKO:  Your Honor, we really haven't had any
7  settlement discussions.
8          THE COURT:  Do you know each other's positions?  And,
9  if not, is there a reason why you couldn't exchange initial
10 settlement demands and response at this point?
11         MR. MILLER:  We're always open to settlement
12 discussions.  We haven't received a demand from the plaintiff.
13 If they would be interested in making a demand, we'll consider
14 it.
15         THE COURT:  Okay.  So here's what I'm going to do:
16 I'm going to set a status date, let's say, early November
17 because there's a while left in discovery.
18         THE CLERK:  November 6th.
19         THE COURT:  Okay.  November 6th will be the status
20 date.  So what I would like, to make sure that you discuss
21 settlement before you come back to see me, is I would like a
22 written settlement demand to be provided by the plaintiff no
23 later than October 1st and a written response no later than
24 October 15th.  And then by the time you come in and see me,
25 you should have a pretty good idea of whether or not it makes

1  sense for you to have a little bit of a detour for a
2  settlement conference.
3         Any other issues for today?
4         MR. MILLER:  No.
5         MR. FICZKO:  No, your Honor.
6         THE COURT:  Okay.
7         MR. MILLER:  Thank you.
8         MR. FICZKO:  Thank you.
9         THE COURT:  Thank you.
10   (Which were all the proceedings heard.)
11                  *   *   *   *   *
12
13  I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.
14
15
    */s/ Nancy C. LaBella*                    *October 4, 2019*
16  Official Court Reporter
17
18
19
20
21
22
23
24
25