IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HOWE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPEEDWAY LLC and MARATHON PETROLEUM COMPANY,<br><br>    Defendants. | No. 19-cv-01374<br><br>Honorable Andrea R. Wood |

**JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Christopher Howe and Defendant Marathon Petroleum Company, by and through their undersigned attorneys, hereby jointly stipulate and agree that this matter be voluntarily dismissed with prejudice as to Defendant Marathon Petroleum Company, only, in the above-captioned action with the parties to bear their own attorney fees and costs.

ENTER:

_____
Judge John F. Kness

| CHRISTOPHER HOWE | MARATHON PETROLEUM COMPANY |
|---|---|
| /s/ Andrew C. Ficzko | /s/ Matthew C. Wolfe |
| Ryan F. Stephan<br>James B. Zouras<br>Andrew C. Ficzko<br>STEPHAN ZOURAS, LLP<br>100 N. Riverside Plaza, Suite 2150<br>Chicago, Illinois 60606<br>312/233-1550<br>lawyers@stephanzouras.com | Gary M. Miller<br>Matthew C. Wolfe<br>Ian M. Hansen<br>SHOOK HARDY AND BACON, LLP<br>111 S. Wacker Drive<br>Chicago, Illinois 60606<br>gmiller@shb.com<br>mwolfe@shb.com<br>ihansen@shb.com |

Tristan L. Duncan
SHOOK HARDY AND BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108
tlduncan@shb.com

## **CERTIFICATE OF SERVICE**

  I, the attorney, hereby certify that on February 28, 2020, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Andrew C. Ficzko*
