# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

CHRISTOPHER HOWE,          :

Individually, and on       :

Behalf of all others       :

Similarly situated,        :

      Plaintiff          :

  -vs-                     : CASE NO. 1:19-cv-01374

SPEEDWAY LLC AND           :

MARATHON PETROLEUM         :

COMPANY,                   :

     Defendants         :

_____

      Deposition of MATT GREEN, a witness
herein, taken by the Plaintiff as upon
cross-examination and pursuant to the Ohio Rules of
Civil Procedure as to the time and place and
stipulations hereinafter set forth, at the offices
of Britton & Associates, 201 Riverside Drive, Suite
2B, Dayton, Ohio at 11:39 a.m., on January 17,
2020, before Jamie S. Hurley, Court Reporter and
Notary Public within and for the State of Ohio.

        *   *   *   *   *   *

Page 4

```
 1   WHEREUPON:

 2                     MATT GREEN,

 3   of lawful age, a witness herein, being first duly

 4   sworn as hereinafter certified, testified as

 5   follows:

 6                  CROSS-EXAMINATION

 7   BY MR. STEPHAN:

 8          Q.  Good morning, Matt.  Can you please

 9   state and spell your name for the record?

10          A.  Yeah.  It's Matt Green.  Did you say

11   spell, too, or --

12          Q.  If you could spell your last name,

13   please.

14          A.  Sure.  It's, G-R-E-E-N.

15          Q.  Is it okay if I call you Matt today?

16          A.  That's fine.

17          Q.  Okay.  Have you ever been deposed

18   before?

19          A.  I have.

20          Q.  How many times?

21          A.  Two or three.  I want to say three.

22          Q.  Okay.  When was the last time you were

23   deposed?

24          A.  Oh, it's been a few years, probably

25   five or six.
```

1          A.  Yeah.  That would be the various

2   systems rights so that would be your SAP

3   environments.  We have a recruiting onboarding

4   system.  We have a time and attendance system.

5   What else?  It seems like I'm missing another

6   system but those are the main ones.

7          Q.  Okay.  Currently what time and

8   attendance system does Speedway use?

9          A.  Currently we are using Infor time and

10  attendance.

11         Q.  Okay.  Is Infor a separate vendor?

12         A.  It is.

13         Q.  How long has Speedway used Infor?

14         A.  That went in, I think we rolled it out

15  in 2018.

16         Q.  Do you remember when in 2018?

17         A.  It would have started at the, maybe the

18  beginning part of the year in, because of our size

19  it would have, I believe it took the whole year.

20         Q.  Okay.  And what was the time and

21  attendance system used by Speedway before Infor?

22         A.  I knew it as TimeLink but it was

23  purchased by Kronos at some point.

24         Q.  Okay.  TimeLink, was that a separate

25  company?

Page 15

1           A.  Yes.

2           Q.  And then it's your understanding that

3    TimeLink was then purchased or bought out at some

4    point by Kronos; is that correct?

5           A.  That's correct.

6           Q.  Do you know when Speedway first started

7    using TimeLink?

8           A.  It goes back to, I want to say 2005,

9    2006, somewhere in there.

10          Q.  Okay.  And do you know approximately

11   when Kronos purchased TimeLink?

12          A.  No, I don't know specifically.  I would

13   say it was much later but, or more recent I guess,

14   but I don't know specifically.

15          Q.  Do you know the year?

16          A.  No.  I've even trying to think of the

17   year here.  No, I'd be guessing if I said

18   something.  I don't know.

19          Q.  Do you know if it's been within the

20   past five years?

21          A.  Maybe, sounds right.

22          Q.  If you wanted to find out, could you?

23          A.  I'd probably have to do some inquiry.

24          Q.  And how would you do that?

25          A.  We still, well, no, we don't.  They

Page 25

1    have to get some additional ones, I believe, from

2    Kronos.

3            Q.   Okay.  So I just want to kind of

4    summarize here to make sure we're on the same page

5    here.  So going back to 2005 there was

6    approximately 1,500 time clocks provided by

7    TimeLink, correct?

8            A.   Correct.

9            Q.   And those were purchased by Speedway?

10           A.   Correct.

11           Q.   Between 2005 or 2006 and 2018 Speedway

12   purchased additional clocks from Kronos?

13           A.   Yes.  But it would have been, it's not

14   going to be as early as 2005, 2006.  It's going to

15   be towards the end of life so somewhere in the

16   couple years before Infor.

17           Q.   So around 2015 or so?

18           A.   Yeah.  '13, '14, '15, somewhere in

19   there.

20           Q.   Okay.  And how many clocks did Speedway

21   purchase from Kronos at that time?

22           A.   You're talking maybe 100 or so.

23           Q.   Does 150 sound right?

24           A.   Yeah.  That's 100 or so, yeah.

25           Q.   And were those all purchased at the

1    them.

2         Q.  Do you know how those clocks

3    functioned?

4         A.  A little bit because of the discussion

5    when we initially bought them.

6         Q.  Okay.  Were those clocks sent out to

7    stores, Speedway stores in Illinois also?

8         A.  Yes.  Illinois would have been one of

9    our states at the time, yes.

10        Q.  Okay.  And approximately how many

11   stores would there have been in Illinois back in

12   2005 or so?

13        A.  That's a great question.  100 would be

14   my guess.

15        Q.  Okay.  And those TimeLink time clocks

16   that were sent to Illinois stores, were they used

17   by store employees?

18        A.  Yes.

19        Q.  Okay.  Did all of the hourly paid store

20   employees have to use those types of clocks to

21   record their time?

22        A.  All the employees at the store level

23   would clock in and out with the clocks.

24        Q.  Okay.  So customer service would have

25   to clock in and out?

1           A.   No.  On all the store level employees

2      so that would be our general managers, the

3      assistants and the hourly CSRs.

4           Q.   Okay.  What does CSR stand for?

5           A.   Customer service representative.

6           Q.   Okay.  That's what I was asking.

7           A.   Okay.  Okay.

8           Q.   Okay.  So all of the store employees in

9      Illinois would have to record their time using

10     these TimeLink time clocks between 2005 and 2015 or

11     so; does that sound about right?

12          A.   Yep.  Correct.

13          Q.   Okay.  And do you know how many

14     employees in Illinois use those time clocks between

15     that time?

16          A.   No.  That, I have no idea.

17          Q.   Okay.  We can find that out by looking

18     at the HRIS, correct?

19          A.   Yes.  We could probably run a report

20     and determine how many employees were at a store.

21          Q.   Okay.  And we could find out all of the

22     employees that were in Illinois, for example,

23     between that time?

24          A.   Yes.

25          Q.   Okay.  So sticking with this TimeLink

Page 29

1  clock, before employees, store employees could use

2  it, would they have to be enrolled?

3          A.  They did have to be enrolled, correct.

4          Q.  And are you familiar with that process?

5          A.  I'm vaguely trying to recall it, yes.

6  I am familiar with it.

7          Q.  Okay.  Can you tell us how they would

8  be enrolled?

9          A.  So from what I recall the manager had

10  to go up to the clock, scan their finger.  I

11  believe there was a code they put in.  I don't know

12  that that code was and then or maybe it was a

13  button that said enroll employee.  I can't recall.

14  And then the employee had to put their finger up

15  there and scan it three times.

16          Q.  Okay.  And when you say scan their

17  finger, what part of their finger would they have

18  to scan?

19          A.  We told them their index finger but we

20  had, we had employees, like, that were formally

21  cooks and stuff where they couldn't read it, so

22  they could use the side of their finger, the side

23  of their knuckle, I mean, anything like that would

24  actually work.

25          Q.  So when you say they could use their

1  knuckle they could use the top of their finger?

2       A.  The back side of their finger.

3       Q.  Right.

4       A.  Yeah.

5       Q.  Okay.  So it's your testimony that to

6  enroll employees in the TimeLink time clocks they

7  are supposed to their index finger, correct?

8       A.  They would, yep.  That was the

9  instructions, I believe, yep.

10      Q.  But if there was a problem with their

11 index finger they could then use other parts of

12 their finger like their knuckle?

13      A.  Their knuckle, the side of their

14 finger, yes, correct.

15      Q.  Are you aware of any documents that

16 document that alternative way of enrolling by using

17 a knuckle or a side of a finger?

18      A.  No.  We wouldn't have communicated

19 that, but we had, like I said, we had a couple

20 employees that had trouble enrolling so we engaged,

21 I engaged TimeLink early on and that was their

22 solution and it worked.

23      Q.  Okay.  Who did you engage in TimeLink

24 on that topic?

25      A.  That would have been Bruce Brooks who

1  would have been the time link sales rep that I

2  worked with back in the day.

3          Q.  Okay.  And what did Bruce tell you?

4          A.  Bruce told me, well, at first he said

5  let me check into it, asked somebody, and then he

6  got back to me and said, have them try the side of

7  their finger or their knuckle so we did.

8          Q.  But the primary way for Speedway store

9  employees in Illinois to enroll in the TimeLink

10  time clock would be to use the finger pad of their

11  index finger; is that correct?

12          A.  Yes.  For consistency purposes, yes,

13  sure.

14          Q.  Did you ever see that referred to as a

15  fingerprint?

16          A.  More of a finger scan but yeah.

17          Q.  Okay.  I'm just asking you did you ever

18  see that referred in writing anywhere as a

19  fingerprint?

20          A.  I'm trying to recall, no.  I don't

21  believe so.

22          Q.  Okay.  Okay.  And then once they

23  scanned their finger three times were they enrolled

24  in the clock?

25          A.  They were enrolled at that, well, I'm

1   sorry, there was a step in there somewhere that the

2   manager had to put their employee number in, too.

3   So I think they did that and then they scanned the

4   finger three times.

5           Q.  Okay.  Was there also a step to confirm

6   that the image had been properly recorded?

7           A.  I think that happened after the third

8   scan.  It might have turned green or something.

9   It's been a while but there had to have been

10  something that, that maybe it beeped.  There was

11  something to let them know that they were good.

12          Q.  Okay.  Back during this time when the

13  TimeLink clocks were used between 2005 and 2015 or

14  so, well, first thing, did you ever see them

15  referred to as biometric clocks or biometric time

16  clocks?

17          A.  Yes, biometric, yep.

18          Q.  Okay.  And back during this time did

19  Speedway obtain written consents from its employees

20  in Illinois before they were enrolled in those

21  TimeLink time clocks?

22          A.  Written consent, no.

23          Q.  Back during that time between 2005 and

24  2015 did Speedway have any sort of publicly

25  available policy regarding the use of those

1    employees fingerprints on the time clock?

2            A.   No.

3            Q.   The TimeLink time clocks, where in the

4    store would they be located?

5            A.   I believe it varied depending on space

6    and having to connect into the store network to

7    make it all work but typically they were somewhere

8    close to probably the front registers as you go

9    into the back room so somewhere right in there.

10           Q.   Okay.

11           A.   But it did vary.

12           Q.   And you mentioned that they were

13   networks, correct?

14           A.   Yeah.  Somehow the clocks had to

15   communicate to the software.

16           Q.   Okay.  And where was the software

17   located?

18           A.   The software was somewhere on our

19   network because the manager had to get to it on

20   their back office computer.

21           Q.   Okay.  You're talking about the

22   Speedway network?

23           A.   The Speedway store network, correct.

24           Q.   Okay.  And that would be on servers in

25   Enon, Ohio; is that correct?

Page 34

1        A.  I don't know.  I'm not IT so possibly.

2        Q.  Okay.  Are you aware of employees in

3    Illinois ever working at more than one store

4    location?

5        A.  Yeah.  We consider those borrowed

6    employees if they go work in a different store.

7        Q.  Okay.  Okay.  So, for example, a store

8    employee may work at a store in one town and then a

9    store in a neighboring town may be additional

10   workers and that employee would then switch over to

11   that store; is that correct?

12       A.  That's correct that they would have

13   worked at another store.  We wouldn't have

14   transferred them to another store or anything like

15   that.

16       Q.  Okay.  When employees work at more than

17   one store --

18       A.  Yep.

19       Q.  -- would they have to reenroll in each

20   TimeLink time clock before they could use it?

21       A.  I believe they did because that way we

22   knew which store to charge the labor to.

23       Q.  And would they have to reenroll by

24   providing their fingerprint again?

25       A.  They would have to scan their finger

Page 35

1    three times again, yes.

2           Q.  Okay.  And do you know if, do you know

3    if those TimeLink devices had any sort of hard

4    drive or memory capabilities?

5           A.  The time clock?

6           Q.  That's right.  The device itself.

7           A.  Yeah.  I would, I don't know.

8           Q.  Okay.  If you wanted to find out, who

9    would you ask?

10          A.  I'd like to go back to TimeLink but

11   they don't exist anymore.

12          Q.  Is there anyone at Speedway you can

13   ask?

14          A.  I would not know who.  And we don't

15   have the clocks any more either, so --

16          Q.  Okay.  Well, do you know who actually

17   installed the clocks in the stores in Illinois, for

18   example?

19          A.  We would have had our maintenance techs

20   install them.

21          Q.  Okay.  And those would be Speedway

22   employees?

23          A.  That is correct, Speedway employees.

24          Q.  And do they work in a particular group

25   at Speedway?

Page 41

1          Q.  If we wanted to find out, what would we

2    do?

3          A.  You mentioned those records for the

4    repair shop.  That would be probably our only place

5    to look.

6          Q.  Those 150 or so Kronos clocks, did they

7    use the same TimeLink software or did they use

8    other software?

9          A.  They would have, they would have used

10   the TimeLink software.

11         Q.  Okay.  And like the TimeLink clocks,

12   would employees have to enroll in those clocks

13   before they could use them?

14         A.  I don't recall.  It seems to me they

15   worked a little differently but I don't recall

16   specifically.

17         Q.  Okay.  Do you know if they had to

18   enroll in those clocks?

19         A.  There would have been some kind of

20   enrollment feature.  That is a fair statement,

21   correct.

22         Q.  Okay.  And do those Kronos clocks also

23   utilize a finger scan feature?

24         A.  Yes.  We stuck with the finger scan

25   technology.

Page 46

1   employee, that would help identify each employee?

2          A.   Yeah.  I guess you could say that where

3   if you had a card or something like that, then that

4   could be borrowed, right?

5          Q.   Right.  Okay.  So going back to the

6   Kronos clocks are those still being used, by the

7   way?

8          A.   No.  They would have been pulled out

9   when the TimeLink clocks were pulled out.

10         Q.   Okay.  Sometime in 2018?

11         A.   Yes.  When we put the Infor clocks in,

12  yep.

13         Q.   When the Kronos clocks were rolled out

14  and when Speedway employees were enrolled did

15  Speedway require written consent before they were

16  enrolled?

17         A.   We did not require written consent, no.

18         Q.   Okay.  The third type of clock is the

19  Infor time clock; is that correct?

20         A.   That's the one we have now, correct.

21         Q.   Okay.  And do you know who the

22  manufacturer of that clock is?

23         A.   I do not.

24         Q.   Do you know what the name of it is?

25         A.   I do not.  I couldn't tell you if we

1   had the Infor logo on that one or not.

2          Q.  Does it also utilize finger scan

3   technology?

4          A.  Yes, it does.

5          Q.  Okay.  And have they, are those clocks

6   being used in Illinois stores?

7          A.  They should be, yes.  That is correct.

8          Q.  And do employees have to enroll in

9   those clocks to be able to use them?

10         A.  There is an enrollment feature, yes.

11         Q.  And do you know how that process works?

12         A.  I do not on the new ones, no.

13         Q.  Do you know if employees have to

14  provide a scan of their finger to become enrolled?

15         A.  Yes.  They would have to do that.

16         Q.  Okay.  Has Speedway obtained written

17  consent from its employees before they were

18  enrolled in the Infor time clocks?

19         A.  Yes.  They provide written consent

20  today.

21         Q.  Okay.  When did Speedway first require

22  written consent to use its time clocks?

23         A.  It's been a year or two, somewhere in

24  the mix there.

25         Q.  Okay.  Were you involved in that

Page 51

1    Let's say five minutes.

2                        MR. STEPHAN:  Yeah.  That sounds

3    good.

4                        MR. WOLFE:  All right.

5                        (WHEREUPON, a recess was taken.)

6    BY MR. STEPHAN:

7         Q.  Matt, can you think of any reason why

8    Speedway did not require written consent for its

9    Illinois employees before they were enrolled in the

10   time clocks before doing so in 2018?

11        A.  Yeah.  I don't know.

12        Q.  Okay.

13                       (WHEREUPON, Plaintiff's Exhibit

14   No. 1 was marked for identification.)

15   BY MR. STEPHAN:

16        Q.  Matt, have you seen this document

17   before?

18        A.  Intracompany Correspondence, not

19   recalling it, no.

20        Q.  Okay.  Do you know any of the people

21   that are listed under the to heading?

22        A.  Under the to, yes.

23        Q.  Who do you know?

24        A.  Don Wehrly, D.W. Wehrly.

25        Q.  Okay.

1          A.  Phil came to Speedway in 2015.

2          Q.  Okay.  And he forwarded that article to

3    you as well as Diana Anderson, Robin Opp, and Jerry

4    Wagner on August 2nd, 2017 at 10:35 a.m.; do you

5    see that?

6          A.  I do see that.

7          Q.  By the way, if you look at the article

8    by Kroger, do you see in the third full paragraph

9    on page, the second page where the article is, it

10   references the Illinois Biometric Information

11   Privacy Act?

12         A.  I've lost you here.  So on 7440?

13         Q.  That's right.

14         A.  And where?

15         Q.  The first full paragraph at the top.

16   Maybe it's the second.

17         A.  It looks like the second.  I see it,

18   it's in the second.

19         Q.  Had you heard of the Illinois Biometric

20   Information Privacy Act before this e-mail?

21         A.  No, I had not.

22         Q.  Okay.  By the way on that e-mail from

23   Phil Hall to you and the others I mentioned, that

24   includes Robin Opp, who is that?

25         A.  Robin Opp, his current position is

Page 84

1          A.  I don't recall seeing this, no.

2          Q.  Did you play any role in preparing any

3     sort of consent?

4          A.  No.  No.

5          Q.  By looking at this document can you

6     tell who would have been involved in this process?

7          A.  By looking at the document, no, I

8     can't.

9          Q.  Okay.  Do you know if these consent

10    forms were rolled out to Illinois stores around

11    November of 2017?

12         A.  Yeah.  It references a November 2nd and

13    November 1st, 2017 date on here.

14         Q.  Right.  And my question was do you know

15    if that actually happened?

16         A.  Oh, I don't know specifically.

17         Q.  If you wanted to find out, who would

18    you ask?

19         A.  If this actually went out on what date,

20    is that your question?

21         Q.  That's right.

22         A.  I would go to our communications group

23    and see if they had a record of it.

24         Q.  Can you remind me again who that would

25    be?

Page 87

1          Q.  Is there a group at Speedway that's
2     responsible for compliance with different laws?
3          A.  Yes.  That would be our legal group.
4          Q.  Okay.  And that is currently headed by
5     Mr. Baugh; is that correct?
6          A.  That is correct.
7          Q.  And they are located in Enon, Ohio?
8          A.  That is correct.
9          Q.  I'm going to ask you some questions
10    about the Illinois Speedway store employees.  Some
11    of this we may have gone over so if we did I
12    apologize.
13         A.  Okay.
14         Q.  Were all of the Illinois store
15    employees, let's use the date to September 12th and
16    November of 2017, would you agree that they are all
17    enrolled in Speedway time clocks?
18         A.  They should have been, yes.
19         Q.  And to become enrolled they would have
20    to provide a scan of their fingerprint; is that
21    correct?
22         A.  They would have to, what we talked
23    about earlier so they would have to scan their
24    finger three times.
25         Q.  Okay.  And that would have been true

Page 88

1   regardless of whether it was a TimeLink clock, a

2   Kronos, or an Infor clock, correct?

3        A.  So that's true of the TimeLink clock

4   and I think I stated earlier I'm not 100 percent

5   sure on the Kronos or the Infor.

6        Q.  Okay.  But you would agree that they

7   generally went through the same enrollment process?

8        A.  I would say it was a similar enrollment

9   process without knowing specifically how that

10  process worked, yes.

11       Q.  Okay.  Would you agree that they are

12  subject to the same policies regarding those time

13  clocks?

14       A.  Policies, what do you mean by that?

15       Q.  Any policies, time and attendance

16  policies --

17       A.  Like clocking in, clocking out, breaks,

18  all that good stuff?

19       Q.  That's right.

20       A.  Yes.  Yes, I would agree with that.

21       Q.  And you disagree that prior to November

22  of 2017 Speedway did not obtain written consents

23  from them before they were enrolled?

24       A.  I do not believe they obtained written

25  or provided written consent; that is correct.

1          Q.  Okay.  And you'd also agree that prior

2     to that date November of 2017 they weren't informed

3     of a publicly available BIPA policy?

4          A.  I don't know that specifically.

5          Q.  Okay.  Are you aware of a publicly

6     available BIPA policy existing before November of

7     2017?

8          A.  No, I do not believe so.

9               MR. STEPHAN:  That's all the

10    questions I have.  Thank you.

11              THE WITNESS:  Okay.  Thanks.

12              MR. STEPHAN:  I appreciate it.

13    Yep.

14              THE WITNESS:  All right.

15              MR. WOLFE:  We don't have

16    anything.  See you, Ryan.

17              MR. STEPHAN:  Thanks, Matt.

18              (WHEREUPON, deposition concluded

19    at 1:52 p.m.)

20              *     *     *     *     *

21

22

23    _____
                         MATT GREEN

24

25