# EXHIBIT 8

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3
    CHRISTOPHER HOWE,                )
 4  individually, and on behalf      )
    of all others similarly          )
 5  situated,                        )
                                     )
 6            Plaintiff,             )
                                     )
 7      -vs-                         )   No. 1:19-cv-01374
                                     )
 8  SPEEDWAY, LLC,                   )
                                     )
 9            Defendants.            )

10

11          The remote discovery deposition of

12  KOSTAS MALLIAS, called as a witness for

13  examination, taken before MICHELLE M. YOHLER,

14  Certified Shorthand Reporter for the State of

15  Illinois, CSR No. 84-4531, appearing remotely in

16  Will County, Illinois, on July 15, 2020, at

17  10:35 a.m.

18

19

20

21

22

23

24
```

1          KOSTAS MALLIAS,
2   called as a witness herein, having been first
3   duly sworn, was examined and testified as
4   follows:
5                EXAMINATION
6   BY MR. STEPHAN:
7       Q.   Kostas, can you please state and
8   spell your full name on the record for us.
9       A.   Sure.  It's Kostas, K-o-s-t-a-s,
10  Mallias, M-a-l-l-i-a-s.
11      Q.   Good morning again, Kostas.  We had a
12  chance briefly to say hello before we began
13  today.
14           Is it okay if I call you by your
15  first name?
16      A.   Yes.
17      Q.   Thank you.
18           Have you ever been deposed before?
19      A.   No.
20      Q.   I'm going to go over a couple ground
21  rules.  And things may be a little bit different
22  today because we are taking this remotely via
23  Zoom, but generally I think that the ground
24  rules still apply.

1  this litigation?
2     A.    No.
3     Q.    So going back to your work with
4  Kronos, correct me if I'm wrong, but I think you
5  mentioned you started there back in 2013?
6     A.    Yeah.  I worked for a company called
7  TimeLink, and we were acquired by Kronos in
8  2013.
9     Q.    When did you start at TimeLink?
10    A.    2007.
11    Q.    And what does TimeLink do or what did
12 TimeLink do?
13    A.    Similar to Kronos.  We had software
14 that managed and tracked employees' time.
15    Q.    For payroll purposes?
16    A.    Yes.
17    Q.    Did TimeLink also have hardware, or
18 was it software only?
19    A.    Both hardware and software.
20    Q.    And when you started at TimeLink,
21 what was your position?
22    A.    I was a manager.
23    Q.    How long did you hold that position?
24    A.    About three or four years, and then I

```
 1        A.    That's --
 2        MS. BERNARD:  Objection, foundation.
 3              Go ahead.
 4   BY THE WITNESS:
 5        A.    Yeah, it's the same algorithm that --
 6   we call it a template in the system.  So that
 7   means it's successfully enrolled from the clock
 8   and then that was sent to TimeLink Direct.
 9   BY MR. STEPHAN:
10        Q.    Okay.  Like Exhibit 2 that we looked
11   at for the InTouch device, does Exhibit 3 for
12   the TimeLink device mention the word "algorithm"
13   anywhere?
14        A.    I don't believe so, no.
15        Q.    Do you know if the process for
16   creating an algorithm using the TimeLink device
17   is the same process for creating an algorithm
18   using the InTouch device?
19        MS. BERNARD:  Objection, foundation.
20   BY THE WITNESS:
21        A.    Yes.
22   BY MR. STEPHAN:
23        Q.    How do you know that?
24        A.    Coincidentally, the same manufacturer
```

Case: 1:19-cv-01374 Document #: 121-8 Filed: 10/25/21 Page 6 of 6 PageID #:2146

139

1   that TimeLink used is the same one Kronos used.
2   So it's the same algorithm, whatever they --
3   whatever they -- the biometric user uses to
4   create that algorithm.
5          So it's the same for both clocks.
6      Q.   When you say "manufacturer," who are
7   you referring to?
8      A.   I don't know who it is today.  It
9   used to be a company called Sagem, S-a-g-e-m.
10     Q.   And what did Sagem manufacture?
11     A.   The finger scan units.
12     Q.   And they manufactured those units for
13  both the TimeLink device as well as the Kronos
14  Touch ID device?
15     A.   Yes.
16     Q.   Do you know if they still manufacture
17  those scanners for Kronos timekeeping devices?
18     A.   I don't believe they do.  I think we
19  use a different manufacturer.
20     Q.   Do you know when Kronos stopped using
21  Sagem?
22     A.   I don't know.
23     MR. STEPHAN:  Michelle or Andy, whoever is
24  using exhibits, can we move to Exhibit 4, which

VerbalTech Inc. - 312.869.4039
Chicago, Illinois