# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

| | |
|---|---|
| CHRISTOPHER HOWE, | : |
| Individually, and on | : |
| Behalf of all others | : |
| Similarly situated, | : |
| Plaintiff | : |
| -vs- | : CASE NO. 1:19-cv-01374 |
| SPEEDWAY LLC AND | : |
| MARATHON PETROLEUM | : |
| COMPANY, | : |
| Defendants | : |

_____

Deposition of MATT GREEN, a witness herein, taken by the Plaintiff as upon cross-examination and pursuant to the Ohio Rules of Civil Procedure as to the time and place and stipulations hereinafter set forth, at the offices of Britton & Associates, 201 Riverside Drive, Suite 2B, Dayton, Ohio at 11:39 a.m., on January 17, 2020, before Jamie S. Hurley, Court Reporter and Notary Public within and for the State of Ohio.

*    *    *    *    *    *

1   WHEREUPON:

2                   MATT GREEN,

3   of lawful age, a witness herein, being first duly

4   sworn as hereinafter certified, testified as

5   follows:

6                   CROSS-EXAMINATION

7   BY MR. STEPHAN:

8           Q.  Good morning, Matt.  Can you please

9   state and spell your name for the record?

10          A.  Yeah.  It's Matt Green.  Did you say

11  spell, too, or --

12          Q.  If you could spell your last name,

13  please.

14          A.  Sure.  It's, G-R-E-E-N.

15          Q.  Is it okay if I call you Matt today?

16          A.  That's fine.

17          Q.  Okay.  Have you ever been deposed

18  before?

19          A.  I have.

20          Q.  How many times?

21          A.  Two or three.  I want to say three.

22          Q.  Okay.  When was the last time you were

23  deposed?

24          A.  Oh, it's been a few years, probably

25  five or six.

1         A.   Yeah.   That would be the various

2   systems rights so that would be your SAP

3   environments.   We have a recruiting onboarding

4   system.   We have a time and attendance system.

5   What else?   It seems like I'm missing another

6   system but those are the main ones.

7         Q.   Okay.   Currently what time and

8   attendance system does Speedway use?

9         A.   Currently we are using Infor time and

10  attendance.

11        Q.   Okay.   Is Infor a separate vendor?

12        A.   It is.

13        Q.   How long has Speedway used Infor?

14        A.   That went in, I think we rolled it out

15  in 2018.

16        Q.   Do you remember when in 2018?

17        A.   It would have started at the, maybe the

18  beginning part of the year in, because of our size

19  it would have, I believe it took the whole year.

20        Q.   Okay.   And what was the time and

21  attendance system used by Speedway before Infor?

22        A.   I knew it as TimeLink but it was

23  purchased by Kronos at some point.

24        Q.   Okay.   TimeLink, was that a separate

25  company?

1          A.  Yes.

2          Q.  And then it's your understanding that

3  TimeLink was then purchased or bought out at some

4  point by Kronos; is that correct?

5          A.  That's correct.

6          Q.  Do you know when Speedway first started

7  using TimeLink?

8          A.  It goes back to, I want to say 2005,

9  2006, somewhere in there.

10          Q.  Okay.  And do you know approximately

11  when Kronos purchased TimeLink?

12          A.  No, I don't know specifically.  I would

13  say it was much later but, or more recent I guess,

14  but I don't know specifically.

15          Q.  Do you know the year?

16          A.  No.  I've even trying to think of the

17  year here.  No, I'd be guessing if I said

18  something.  I don't know.

19          Q.  Do you know if it's been within the

20  past five years?

21          A.  Maybe, sounds right.

22          Q.  If you wanted to find out, could you?

23          A.  I'd probably have to do some inquiry.

24          Q.  And how would you do that?

25          A.  We still, well, no, we don't.  They

1  communicated with Kostas?

2          A.  It's been years.

3          Q.  Has it been more than two years?

4          A.  Yeah, I believe so.  That sounds right.

5          Q.  It's been more than three years?

6          A.  I would venture to say three.  I think

7  it's been more like four or five but I can't be

8  specific.

9          Q.  Okay.  The last time you spoke with

10 Kostas was he the employee of Kronos?

11         A.  Yes.  He would have been an employee of

12 Kronos.

13         Q.  Do you know where he physically works?

14         A.  I do not.  The original TimeLink group

15 was out of New York, I believe, but I don't know

16 once he went to Kronos where he would have been.

17         Q.  Okay.  Going back to TimeLink I think

18 you mentioned that Speedway used them as early as

19 2005 or 2006?

20         A.  Correct.

21         Q.  Okay.  What services did TimeLink

22 provide to Speedway?

23         A.  TimeLink basically provided us with a

24 time and attendance solution as well as some time

25 clocks for our stores.

1          Q.  Were they provided, they provided

2   hardware, the clocks themselves and then also a

3   software solution?

4          A.  Correct.

5          Q.  Did they provide any other services?

6          A.  No.  That would have been it.

7          Q.  Okay.  The clocks that they produced,

8   were those used in Speedway stores?

9          A.  Yes.  They were used in, yeah, our

10  legacy Speedway stores, yeah.

11         Q.  Okay.  Do you know approximately how

12  many clocks TimeLink produced?

13         A.  TimeLink would have been before the

14  Hess acquisitions so 1,500, give or take.

15         Q.  Okay.  And do you know when TimeLink

16  provided those 1,500 or so clocks?

17         A.  That would have been on the original

18  implementation and, again, I'm guessing about 2005

19  or 2006.

20         Q.  Okay.  Is there a record anywhere at

21  Speedway showing when those clocks were purchased?

22         A.  Not that I'm aware of.

23         Q.  There should be a purchase record,

24  correct?

25         A.  There could be.  I'm not in purchasing

1    have to get some additional ones, I believe, from

2    Kronos.

3           Q.   Okay.  So I just want to kind of

4    summarize here to make sure we're on the same page

5    here.  So going back to 2005 there was

6    approximately 1,500 time clocks provided by

7    TimeLink, correct?

8           A.   Correct.

9           Q.   And those were purchased by Speedway?

10          A.   Correct.

11          Q.   Between 2005 or 2006 and 2018 Speedway

12   purchased additional clocks from Kronos?

13          A.   Yes.  But it would have been, it's not

14   going to be as early as 2005, 2006.  It's going to

15   be towards the end of life so somewhere in the

16   couple years before Infor.

17          Q.   So around 2015 or so?

18          A.   Yeah.  '13, '14, '15, somewhere in

19   there.

20          Q.   Okay.  And how many clocks did Speedway

21   purchase from Kronos at that time?

22          A.   You're talking maybe 100 or so.

23          Q.   Does 150 sound right?

24          A.   Yeah.  That's 100 or so, yeah.

25          Q.   And were those all purchased at the

1  them.

2       Q.  Do you know how those clocks

3  functioned?

4       A.  A little bit because of the discussion

5  when we initially bought them.

6       Q.  Okay.  Were those clocks sent out to

7  stores, Speedway stores in Illinois also?

8       A.  Yes.  Illinois would have been one of

9  our states at the time, yes.

10      Q.  Okay.  And approximately how many

11 stores would there have been in Illinois back in

12 2005 or so?

13      A.  That's a great question.  100 would be

14 my guess.

15      Q.  Okay.  And those TimeLink time clocks

16 that were sent to Illinois stores, were they used

17 by store employees?

18      A.  Yes.

19      Q.  Okay.  Did all of the hourly paid store

20 employees have to use those types of clocks to

21 record their time?

22      A.  All the employees at the store level

23 would clock in and out with the clocks.

24      Q.  Okay.  So customer service would have

25 to clock in and out?

1         A.  No.  On all the store level employees

2  so that would be our general managers, the

3  assistants and the hourly CSRs.

4         Q.  Okay.  What does CSR stand for?

5         A.  Customer service representative.

6         Q.  Okay.  That's what I was asking.

7         A.  Okay.  Okay.

8         Q.  Okay.  So all of the store employees in

9  Illinois would have to record their time using

10  these TimeLink time clocks between 2005 and 2015 or

11  so; does that sound about right?

12         A.  Yep.  Correct.

13         Q.  Okay.  And do you know how many

14  employees in Illinois use those time clocks between

15  that time?

16         A.  No.  That, I have no idea.

17         Q.  Okay.  We can find that out by looking

18  at the HRIS, correct?

19         A.  Yes.  We could probably run a report

20  and determine how many employees were at a store.

21         Q.  Okay.  And we could find out all of the

22  employees that were in Illinois, for example,

23  between that time?

24         A.  Yes.

25         Q.  Okay.  So sticking with this TimeLink

1 clock, before employees, store employees could use

2 it, would they have to be enrolled?

3       A.  They did have to be enrolled, correct.

4       Q.  And are you familiar with that process?

5       A.  I'm vaguely trying to recall it, yes.

6 I am familiar with it.

7       Q.  Okay.  Can you tell us how they would

8 be enrolled?

9       A.  So from what I recall the manager had

10 to go up to the clock, scan their finger.  I

11 believe there was a code they put in.  I don't know

12 that that code was and then or maybe it was a

13 button that said enroll employee.  I can't recall.

14 And then the employee had to put their finger up

15 there and scan it three times.

16       Q.  Okay.  And when you say scan their

17 finger, what part of their finger would they have

18 to scan?

19       A.  We told them their index finger but we

20 had, we had employees, like, that were formally

21 cooks and stuff where they couldn't read it, so

22 they could use the side of their finger, the side

23 of their knuckle, I mean, anything like that would

24 actually work.

25       Q.  So when you say they could use their

1  sorry, there was a step in there somewhere that the

2  manager had to put their employee number in, too.

3  So I think they did that and then they scanned the

4  finger three times.

5         Q.  Okay.  Was there also a step to confirm

6  that the image had been properly recorded?

7         A.  I think that happened after the third

8  scan.  It might have turned green or something.

9  It's been a while but there had to have been

10 something that, that maybe it beeped.  There was

11 something to let them know that they were good.

12        Q.  Okay.  Back during this time when the

13 TimeLink clocks were used between 2005 and 2015 or

14 so, well, first thing, did you ever see them

15 referred to as biometric clocks or biometric time

16 clocks?

17        A.  Yes, biometric, yep.

18        Q.  Okay.  And back during this time did

19 Speedway obtain written consents from its employees

20 in Illinois before they were enrolled in those

21 TimeLink time clocks?

22        A.  Written consent, no.

23        Q.  Back during that time between 2005 and

24 2015 did Speedway have any sort of publicly

25 available policy regarding the use of those

1    employees fingerprints on the time clock?

2         A.  No.

3         Q.  The TimeLink time clocks, where in the

4    store would they be located?

5         A.  I believe it varied depending on space

6    and having to connect into the store network to

7    make it all work but typically they were somewhere

8    close to probably the front registers as you go

9    into the back room so somewhere right in there.

10        Q.  Okay.

11        A.  But it did vary.

12        Q.  And you mentioned that they were

13   networks, correct?

14        A.  Yeah.  Somehow the clocks had to

15   communicate to the software.

16        Q.  Okay.  And where was the software

17   located?

18        A.  The software was somewhere on our

19   network because the manager had to get to it on

20   their back office computer.

21        Q.  Okay.  You're talking about the

22   Speedway network?

23        A.  The Speedway store network, correct.

24        Q.  Okay.  And that would be on servers in

25   Enon, Ohio; is that correct?

1　employee, that would help identify each employee?

2　　　　A.　Yeah.　I guess you could say that where

3　if you had a card or something like that, then that

4　could be borrowed, right?

5　　　　Q.　Right.　Okay.　So going back to the

6　Kronos clocks are those still being used, by the

7　way?

8　　　　A.　No.　They would have been pulled out

9　when the TimeLink clocks were pulled out.

10　　　　Q.　Okay.　Sometime in 2018?

11　　　　A.　Yes.　When we put the Infor clocks in,

12　yep.

13　　　　Q.　When the Kronos clocks were rolled out

14　and when Speedway employees were enrolled did

15　Speedway require written consent before they were

16　enrolled?

17　　　　A.　We did not require written consent, no.

18　　　　Q.　Okay.　The third type of clock is the

19　Infor time clock; is that correct?

20　　　　A.　That's the one we have now, correct.

21　　　　Q.　Okay.　And do you know who the

22　manufacturer of that clock is?

23　　　　A.　I do not.

24　　　　Q.　Do you know what the name of it is?

25　　　　A.　I do not.　I couldn't tell you if we

1   had the Infor logo on that one or not.

2          Q.  Does it also utilize finger scan

3   technology?

4          A.  Yes, it does.

5          Q.  Okay.  And have they, are those clocks

6   being used in Illinois stores?

7          A.  They should be, yes.  That is correct.

8          Q.  And do employees have to enroll in

9   those clocks to be able to use them?

10          A.  There is an enrollment feature, yes.

11          Q.  And do you know how that process works?

12          A.  I do not on the new ones, no.

13          Q.  Do you know if employees have to

14   provide a scan of their finger to become enrolled?

15          A.  Yes.  They would have to do that.

16          Q.  Okay.  Has Speedway obtained written

17   consent from its employees before they were

18   enrolled in the Infor time clocks?

19          A.  Yes.  They provide written consent

20   today.

21          Q.  Okay.  When did Speedway first require

22   written consent to use its time clocks?

23          A.  It's been a year or two, somewhere in

24   the mix there.

25          Q.  Okay.  Were you involved in that

1    Let's say five minutes.

2                    MR. STEPHAN:  Yeah.  That sounds

3    good.

4                    MR. WOLFE:  All right.

5                    (WHEREUPON, a recess was taken.)

6    BY MR. STEPHAN:

7          Q.  Matt, can you think of any reason why

8    Speedway did not require written consent for its

9    Illinois employees before they were enrolled in the

10   time clocks before doing so in 2018?

11         A.  Yeah.  I don't know.

12         Q.  Okay.

13                   (WHEREUPON, Plaintiff's Exhibit

14   No. 1 was marked for identification.)

15   BY MR. STEPHAN:

16         Q.  Matt, have you seen this document

17   before?

18         A.  Intracompany Correspondence, not

19   recalling it, no.

20         Q.  Okay.  Do you know any of the people

21   that are listed under the to heading?

22         A.  Under the to, yes.

23         Q.  Who do you know?

24         A.  Don Wehrly, D.W. Wehrly.

25         Q.  Okay.

1    regardless of whether it was a TimeLink clock, a

2    Kronos, or an Infor clock, correct?

3              A.  So that's true of the TimeLink clock

4    and I think I stated earlier I'm not 100 percent

5    sure on the Kronos or the Infor.

6              Q.  Okay.  But you would agree that they

7    generally went through the same enrollment process?

8              A.  I would say it was a similar enrollment

9    process without knowing specifically how that

10   process worked, yes.

11             Q.  Okay.  Would you agree that they are

12   subject to the same policies regarding those time

13   clocks?

14             A.  Policies, what do you mean by that?

15             Q.  Any policies, time and attendance

16   policies --

17             A.  Like clocking in, clocking out, breaks,

18   all that good stuff?

19             Q.  That's right.

20             A.  Yes.  Yes, I would agree with that.

21             Q.  And you disagree that prior to November

22   of 2017 Speedway did not obtain written consents

23   from them before they were enrolled?

24             A.  I do not believe they obtained written

25   or provided written consent; that is correct.

1          Q.  Okay.  And you'd also agree that prior
2     to that date November of 2017 they weren't informed
3     of a publicly available BIPA policy?
4          A.  I don't know that specifically.
5          Q.  Okay.  Are you aware of a publicly
6     available BIPA policy existing before November of
7     2017?
8          A.  No, I do not believe so.
9               MR. STEPHAN:  That's all the
10    questions I have.  Thank you.
11              THE WITNESS:  Okay.  Thanks.
12              MR. STEPHAN:  I appreciate it.
13    Yep.
14              THE WITNESS:  All right.
15              MR. WOLFE:  We don't have
16    anything.  See you, Ryan.
17              MR. STEPHAN:  Thanks, Matt.
18              (WHEREUPON, deposition concluded
19    at 1:52 p.m.)
20              *     *     *     *     *
21
22
                    _____
23                       MATT GREEN
24
25