# EXHIBIT 4

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
    CHRISTOPHER HOWE,                 )
 4  individually, and on behalf       )
    of all others similarly           )
 5  situated,                         )
                                      )
 6            Plaintiff,              )
                                      )
 7      -vs-                          )   No. 1:19-cv-01374
                                      )
 8  SPEEDWAY, LLC,                    )
                                      )
 9            Defendants.             )

10

11       The remote discovery deposition of

12  KOSTAS MALLIAS, called as a witness for

13  examination, taken before MICHELLE M. YOHLER,

14  Certified Shorthand Reporter for the State of

15  Illinois, CSR No. 84-4531, appearing remotely in

16  Will County, Illinois, on July 15, 2020, at

17  10:35 a.m.

18

19

20

21

22

23

24
```

1  KOSTAS MALLIAS,
2  called as a witness herein, having been first
3  duly sworn, was examined and testified as
4  follows:
5  EXAMINATION
6  BY MR. STEPHAN:
7     Q.   Kostas, can you please state and
8  spell your full name on the record for us.
9     A.   Sure.  It's Kostas, K-o-s-t-a-s,
10 Mallias, M-a-l-l-i-a-s.
11    Q.   Good morning again, Kostas.  We had a
12 chance briefly to say hello before we began
13 today.
14         Is it okay if I call you by your
15 first name?
16    A.   Yes.
17    Q.   Thank you.
18         Have you ever been deposed before?
19    A.   No.
20    Q.   I'm going to go over a couple ground
21 rules.  And things may be a little bit different
22 today because we are taking this remotely via
23 Zoom, but generally I think that the ground
24 rules still apply.

1 this litigation?

2     A.    No.

3     Q.    So going back to your work with

4 Kronos, correct me if I'm wrong, but I think you

5 mentioned you started there back in 2013?

6     A.    Yeah.  I worked for a company called

7 TimeLink, and we were acquired by Kronos in

8 2013.

9     Q.    When did you start at TimeLink?

10    A.    2007.

11    Q.    And what does TimeLink do or what did

12 TimeLink do?

13    A.    Similar to Kronos.  We had software

14 that managed and tracked employees' time.

15    Q.    For payroll purposes?

16    A.    Yes.

17    Q.    Did TimeLink also have hardware, or

18 was it software only?

19    A.    Both hardware and software.

20    Q.    And when you started at TimeLink,

21 what was your position?

22    A.    I was a manager.

23    Q.    How long did you hold that position?

24    A.    About three or four years, and then I