# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

CHRISTOPHER HOWE,           :

Individually, and on        :

Behalf of all others        :

Similarly situated,         :

      Plaintiff          :

  -vs-                      : CASE NO. 1:19-cv-01374

SPEEDWAY LLC AND            :

MARATHON PETROLEUM          :

COMPANY,                    :

     Defendants          :

_____

       Deposition of MATT GREEN, a witness

herein, taken by the Plaintiff as upon

cross-examination and pursuant to the Ohio Rules of

Civil Procedure as to the time and place and

stipulations hereinafter set forth, at the offices

of Britton & Associates, 201 Riverside Drive, Suite

2B, Dayton, Ohio at 11:39 a.m., on January 17,

2020, before Jamie S. Hurley, Court Reporter and

Notary Public within and for the State of Ohio.

        *   *   *   *   *   *

1    WHEREUPON:

2                    MATT GREEN,

3    of lawful age, a witness herein, being first duly

4    sworn as hereinafter certified, testified as

5    follows:

6                    CROSS-EXAMINATION

7    BY MR. STEPHAN:

8           Q.  Good morning, Matt.  Can you please

9    state and spell your name for the record?

10          A.  Yeah.  It's Matt Green.  Did you say

11   spell, too, or --

12          Q.  If you could spell your last name,

13   please.

14          A.  Sure.  It's, G-R-E-E-N.

15          Q.  Is it okay if I call you Matt today?

16          A.  That's fine.

17          Q.  Okay.  Have you ever been deposed

18   before?

19          A.  I have.

20          Q.  How many times?

21          A.  Two or three.  I want to say three.

22          Q.  Okay.  When was the last time you were

23   deposed?

24          A.  Oh, it's been a few years, probably

25   five or six.

1   clear record of my question and your answer, okay?

2        A. Okay.

3        Q. The second and you're already doing a

4   good job is please give verbal responses. The

5   court reporter cannot take down nonverbal responses

6   like head nods, okay?

7        A. Okay.

8        Q. The third is that I'm not trying to

9   trick or confuse you today so if I ask you a

10   question that you do not understand just ask me to

11   rephrase and I'll try to make it clear, okay?

12        A. All right.

13        Q. And the last instruction I have is you

14   are free to take a break today at any time as long

15   as a question is not pending, okay?

16        A. Okay.

17        Q. Matt, can you tell us who you currently

18   work for?

19        A. I work for Speedway.

20        Q. Okay. And you've worked for Speedway

21   for more than 20 years; is that right?

22        A. That's correct.

23        Q. When did you start?

24        A. June of '99.

25        Q. Okay. And currently where do you work,

1        Q.  That would --

2        A.  The SAP system or what specifically?

3        Q.  Sure.  What is managing the business

4 side of Speedway SAP HR environment entail?

5        A.  That basically just ensures that we are

6 getting the employee information updated from the

7 field so new hires, promotions, separations, and

8 then the weekly payroll processing that we do, just

9 making sure that all works together and we're

10 taking care of the business.

11       Q.  Okay.  And did you coordinate that

12 effort with Marathon?

13       A.  No.  That's our responsibility at

14 Speedway.

15       Q.  Okay.  Can you tell us what your

16 current position is?

17       A.  I'm the director of human resources

18 services.

19       Q.  And how long have you been in that

20 position?

21       A.  Since 2011, I think, yeah, 2011.

22       Q.  Okay.  So from 2011 to the present

23 you've been the director of human resource

24 services?

25       A.  Well, the position actually changed.  I

1      A.  Yes.

2      Q.  And then it's your understanding that

3 TimeLink was then purchased or bought out at some

4 point by Kronos; is that correct?

5      A.  That's correct.

6      Q.  Do you know when Speedway first started

7 using TimeLink?

8      A.  It goes back to, I want to say 2005,

9 2006, somewhere in there.

10     Q.  Okay.  And do you know approximately

11 when Kronos purchased TimeLink?

12     A.  No, I don't know specifically.  I would

13 say it was much later but, or more recent I guess,

14 but I don't know specifically.

15     Q.  Do you know the year?

16     A.  No.  I've even trying to think of the

17 year here.  No, I'd be guessing if I said

18 something.  I don't know.

19     Q.  Do you know if it's been within the

20 past five years?

21     A.  Maybe, sounds right.

22     Q.  If you wanted to find out, could you?

23     A.  I'd probably have to do some inquiry.

24     Q.  And how would you do that?

25     A.  We still, well, no, we don't.  They

1   communicated with Kostas?

2          A.  It's been years.

3          Q.  Has it been more than two years?

4          A.  Yeah, I believe so.  That sounds right.

5          Q.  It's been more than three years?

6          A.  I would venture to say three.  I think

7   it's been more like four or five but I can't be

8   specific.

9          Q.  Okay.  The last time you spoke with

10   Kostas was he the employee of Kronos?

11          A.  Yes.  He would have been an employee of

12   Kronos.

13          Q.  Do you know where he physically works?

14          A.  I do not.  The original TimeLink group

15   was out of New York, I believe, but I don't know

16   once he went to Kronos where he would have been.

17          Q.  Okay.  Going back to TimeLink I think

18   you mentioned that Speedway used them as early as

19   2005 or 2006?

20          A.  Correct.

21          Q.  Okay.  What services did TimeLink

22   provide to Speedway?

23          A.  TimeLink basically provided us with a

24   time and attendance solution as well as some time

25   clocks for our stores.

1          Q.  Were they provided, they provided

2   hardware, the clocks themselves and then also a

3   software solution?

4          A.  Correct.

5          Q.  Did they provide any other services?

6          A.  No.  That would have been it.

7          Q.  Okay.  The clocks that they produced,

8   were those used in Speedway stores?

9          A.  Yes.  They were used in, yeah, our

10  legacy Speedway stores, yeah.

11         Q.  Okay.  Do you know approximately how

12  many clocks TimeLink produced?

13         A.  TimeLink would have been before the

14  Hess acquisitions so 1,500, give or take.

15         Q.  Okay.  And do you know when TimeLink

16  provided those 1,500 or so clocks?

17         A.  That would have been on the original

18  implementation and, again, I'm guessing about 2005

19  or 2006.

20         Q.  Okay.  Is there a record anywhere at

21  Speedway showing when those clocks were purchased?

22         A.  Not that I'm aware of.

23         Q.  There should be a purchase record,

24  correct?

25         A.  There could be.  I'm not in purchasing

1   them.

2         Q.  Do you know how those clocks

3   functioned?

4         A.  A little bit because of the discussion

5   when we initially bought them.

6         Q.  Okay.  Were those clocks sent out to

7   stores, Speedway stores in Illinois also?

8         A.  Yes.  Illinois would have been one of

9   our states at the time, yes.

10         Q.  Okay.  And approximately how many

11   stores would there have been in Illinois back in

12   2005 or so?

13         A.  That's a great question.  100 would be

14   my guess.

15         Q.  Okay.  And those TimeLink time clocks

16   that were sent to Illinois stores, were they used

17   by store employees?

18         A.  Yes.

19         Q.  Okay.  Did all of the hourly paid store

20   employees have to use those types of clocks to

21   record their time?

22         A.  All the employees at the store level

23   would clock in and out with the clocks.

24         Q.  Okay.  So customer service would have

25   to clock in and out?

1         A.  No.  On all the store level employees

2  so that would be our general managers, the

3  assistants and the hourly CSRs.

4         Q.  Okay.  What does CSR stand for?

5         A.  Customer service representative.

6         Q.  Okay.  That's what I was asking.

7         A.  Okay.  Okay.

8         Q.  Okay.  So all of the store employees in

9  Illinois would have to record their time using

10  these TimeLink time clocks between 2005 and 2015 or

11  so; does that sound about right?

12         A.  Yep.  Correct.

13         Q.  Okay.  And do you know how many

14  employees in Illinois use those time clocks between

15  that time?

16         A.  No.  That, I have no idea.

17         Q.  Okay.  We can find that out by looking

18  at the HRIS, correct?

19         A.  Yes.  We could probably run a report

20  and determine how many employees were at a store.

21         Q.  Okay.  And we could find out all of the

22  employees that were in Illinois, for example,

23  between that time?

24         A.  Yes.

25         Q.  Okay.  So sticking with this TimeLink

1 clock, before employees, store employees could use

2 it, would they have to be enrolled?

3       A.  They did have to be enrolled, correct.

4       Q.  And are you familiar with that process?

5       A.  I'm vaguely trying to recall it, yes.

6 I am familiar with it.

7       Q.  Okay.  Can you tell us how they would

8 be enrolled?

9       A.  So from what I recall the manager had

10 to go up to the clock, scan their finger.  I

11 believe there was a code they put in.  I don't know

12 that that code was and then or maybe it was a

13 button that said enroll employee.  I can't recall.

14 And then the employee had to put their finger up

15 there and scan it three times.

16       Q.  Okay.  And when you say scan their

17 finger, what part of their finger would they have

18 to scan?

19       A.  We told them their index finger but we

20 had, we had employees, like, that were formally

21 cooks and stuff where they couldn't read it, so

22 they could use the side of their finger, the side

23 of their knuckle, I mean, anything like that would

24 actually work.

25       Q.  So when you say they could use their

1  sorry, there was a step in there somewhere that the

2  manager had to put their employee number in, too.

3  So I think they did that and then they scanned the

4  finger three times.

5      Q.  Okay.  Was there also a step to confirm

6  that the image had been properly recorded?

7      A.  I think that happened after the third

8  scan.  It might have turned green or something.

9  It's been a while but there had to have been

10 something that, that maybe it beeped.  There was

11 something to let them know that they were good.

12     Q.  Okay.  Back during this time when the

13 TimeLink clocks were used between 2005 and 2015 or

14 so, well, first thing, did you ever see them

15 referred to as biometric clocks or biometric time

16 clocks?

17     A.  Yes, biometric, yep.

18     Q.  Okay.  And back during this time did

19 Speedway obtain written consents from its employees

20 in Illinois before they were enrolled in those

21 TimeLink time clocks?

22     A.  Written consent, no.

23     Q.  Back during that time between 2005 and

24 2015 did Speedway have any sort of publicly

25 available policy regarding the use of those

1    employees fingerprints on the time clock?

2          A.  No.

3          Q.  The TimeLink time clocks, where in the

4    store would they be located?

5          A.  I believe it varied depending on space

6    and having to connect into the store network to

7    make it all work but typically they were somewhere

8    close to probably the front registers as you go

9    into the back room so somewhere right in there.

10          Q.  Okay.

11          A.  But it did vary.

12          Q.  And you mentioned that they were

13    networks, correct?

14          A.  Yeah.  Somehow the clocks had to

15    communicate to the software.

16          Q.  Okay.  And where was the software

17    located?

18          A.  The software was somewhere on our

19    network because the manager had to get to it on

20    their back office computer.

21          Q.  Okay.  You're talking about the

22    Speedway network?

23          A.  The Speedway store network, correct.

24          Q.  Okay.  And that would be on servers in

25    Enon, Ohio; is that correct?

1        Q.  Okay.  And do you know how those, how

2  that enrollment, how that enrollment worked?

3        A.  I can't speak to those clocks.  That's

4  a little bit beyond my time.

5        Q.  Do you know who at Speedway made the

6  decision to use the finger scan technology?

7        A.  Originally with TimeLink?

8        Q.  Sure.

9        A.  So, yes.  There was a team of

10  Speedway's IT, HR, and operations group.  I

11  represented HR.

12        Q.  Okay.  And who represented IT?

13        A.  IT would have been Terry Hamilton at

14  the time.

15        Q.  And who would have been operations?

16        A.  Bud Labillois.

17        Q.  Could you spell his last name for us,

18  please?

19        A.  Yeah, I'd like to.  I'm going to guess

20  here, L-A-B-I-L-L-O-I-S.

21        Q.  Okay.  So do you remember what was

22  involved in that process?

23        A.  Yeah.  So we did a whole time and

24  attendance RFP.  It seems to me, yeah.  Yeah.  So

25  it would have been RFP to start the process.

1   would be in purchasing.

2        Q.  Did you attend any meetings as part of
3   that project?

4        A.  Yes.

5        Q.  Where would those meetings be held?

6        A.  Those were all in Enon.

7        Q.  Okay.  Was legal involved at all in
8   that project?

9        A.  Legal would have been brought, involved
10  when we went through the contract.

11       Q.  The contract with TimeLink?

12       A.  Correct.

13       Q.  At that point was the decision to use
14  finger scan technology already made?

15       A.  Yes.

16       Q.  Okay.  And you were part of the group
17  that made that decision, correct?

18       A.  We made the recommendation.  Ultimately
19  it would have been the vice president of operations
20  in HR to make the final decision but we made the
21  recommendation.  That is correct.

22       Q.  Okay.  And who would that have been
23  that would have made the final decision on that?

24       A.  Rich Rowe was our VP of HR at the time.
25  He's retired.  And who had operations?  That's not

1  Glenn.  That would have been, I'm drawing a blank.

2  I can find out but --

3       Q.  Okay.  And was there a reason why

4  Speedway decided to use the finger scan technology?

5       A.  I think when we looked at the total

6  time and attendance the decision was made to try to

7  take some of the burden off our store managers of

8  having to input that time manually every week.

9       Q.  Okay.  Any other reasons?

10      A.  Moving to the 21st century.

11      Q.  Any other reasons?

12      A.  No.  Efficiency was the main driver.

13      Q.  Okay.  The recommendation that you

14  made, your group made, were those in writing?

15      A.  We may have put together a PowerPoint

16  to talk to the management but that would have been

17  about it.

18      Q.  Do you know if one of the benefits of

19  using the finger scan technology was to avoid buddy

20  punching where one employee could punch in for

21  another?

22      A.  That's a fair statement.  That did come

23  up in the RFP discussion.

24      Q.  Okay.  And that's because by using the

25  finger scan process, that would identify each

1    employee, that would help identify each employee?

2         A.   Yeah.  I guess you could say that where

3    if you had a card or something like that, then that

4    could be borrowed, right?

5         Q.   Right.  Okay.  So going back to the

6    Kronos clocks are those still being used, by the

7    way?

8         A.   No.  They would have been pulled out

9    when the TimeLink clocks were pulled out.

10        Q.   Okay.  Sometime in 2018?

11        A.   Yes.  When we put the Infor clocks in,

12   yep.

13        Q.   When the Kronos clocks were rolled out

14   and when Speedway employees were enrolled did

15   Speedway require written consent before they were

16   enrolled?

17        A.   We did not require written consent, no.

18        Q.   Okay.  The third type of clock is the

19   Infor time clock; is that correct?

20        A.   That's the one we have now, correct.

21        Q.   Okay.  And do you know who the

22   manufacturer of that clock is?

23        A.   I do not.

24        Q.   Do you know what the name of it is?

25        A.   I do not.  I couldn't tell you if we

1    had the Infor logo on that one or not.

2            Q.  Does it also utilize finger scan

3    technology?

4            A.  Yes, it does.

5            Q.  Okay.  And have they, are those clocks

6    being used in Illinois stores?

7            A.  They should be, yes.  That is correct.

8            Q.  And do employees have to enroll in

9    those clocks to be able to use them?

10           A.  There is an enrollment feature, yes.

11           Q.  And do you know how that process works?

12           A.  I do not on the new ones, no.

13           Q.  Do you know if employees have to

14   provide a scan of their finger to become enrolled?

15           A.  Yes.  They would have to do that.

16           Q.  Okay.  Has Speedway obtained written

17   consent from its employees before they were

18   enrolled in the Infor time clocks?

19           A.  Yes.  They provide written consent

20   today.

21           Q.  Okay.  When did Speedway first require

22   written consent to use its time clocks?

23           A.  It's been a year or two, somewhere in

24   the mix there.

25           Q.  Okay.  Were you involved in that

1    Let's say five minutes.

2                    MR. STEPHAN:  Yeah.  That sounds

3    good.

4                    MR. WOLFE:  All right.

5                    (WHEREUPON, a recess was taken.)

6    BY MR. STEPHAN:

7        Q.  Matt, can you think of any reason why

8    Speedway did not require written consent for its

9    Illinois employees before they were enrolled in the

10   time clocks before doing so in 2018?

11       A.  Yeah.  I don't know.

12       Q.  Okay.

13                   (WHEREUPON, Plaintiff's Exhibit

14   No. 1 was marked for identification.)

15   BY MR. STEPHAN:

16       Q.  Matt, have you seen this document

17   before?

18       A.  Intracompany Correspondence, not

19   recalling it, no.

20       Q.  Okay.  Do you know any of the people

21   that are listed under the to heading?

22       A.  Under the to, yes.

23       Q.  Who do you know?

24       A.  Don Wehrly, D.W. Wehrly.

25       Q.  Okay.

1   10:27 a.m.; do you see that?

2          A.  I see that.

3          Q.  David Baugh, is he the same person

4   mentioned earlier in head of legal?

5          A.  Yes.

6          Q.  Was he still head of legal back in

7   August of 2017?

8          A.  Yes.  He would have been.

9          Q.  ████████████████████████████████████

10  ███████████████████████████

11         A.  ████████████████████████████████████

12  ████████████████████    ██████████████████████

13         Q.  Okay.  ███████████████████████████

14  ████████████████████████████████████████████████

15  ████████

16         A.  He did.

17         Q.  And also Phil Hall?

18         A.  Yes.  Phil Hall, and to Ms.

19  Hollandsworth and Phil Hall.

20         Q.  Who is that?

21         A.  Phil Hall is my boss.

22         Q.  Okay.  And what's his position?

23         A.  He is the senior vice president of HR

24  in training at Speedway.

25         Q.  And how long have you reported to him?

1          A.   Phil came to Speedway in 2015.

2          Q.   Okay.   ████████████████████████████

3    ██████████████████████████████████████████████

4    ██████████████████████████████████████████

5    ██████████████

6          A.   I do see that.

7          Q.   ████████████████████████████████████

8    ██████████████████████████████████████████████

9    ██████████████████████████████████████████████

10   ████████████████████████████████████████████

11   ████████████████

12         A.   I've lost you here.  So on 7440?

13         Q.   That's right.

14         A.   And where?

15         Q.   The first full paragraph at the top.

16   Maybe it's the second.

17         A.   It looks like the second.  I see it,

18   it's in the second.

19         Q.   ██████████████████████████████████████

20   ██████████████████████████████████████

21         A.   No, I had not.

22         Q.   Okay.   ████████████████████████████

23   ██████████████████████████████████████████████

24   ████████████████████████████

25         A.   Robin Opp, his current position is

1    A.  I don't recall seeing this, no.

2    Q.  Did you play any role in preparing any

3  sort of consent?

4    A.  No.  No.

5    Q.  By looking at this document can you

6  tell who would have been involved in this process?

7    A.  By looking at the document, no, I

8  can't.

9    Q.  Okay.  Do you know if these consent

10  forms were rolled out to Illinois stores around

11  November of 2017?

12    A.  Yeah.  It references a November 2nd and

13  November 1st, 2017 date on here.

14    Q.  Right.  And my question was do you know

15  if that actually happened?

16    A.  Oh, I don't know specifically.

17    Q.  If you wanted to find out, who would

18  you ask?

19    A.  If this actually went out on what date,

20  is that your question?

21    Q.  That's right.

22    A.  I would go to our communications group

23  and see if they had a record of it.

24    Q.  Can you remind me again who that would

25  be?

1    regardless of whether it was a TimeLink clock, a

2    Kronos, or an Infor clock, correct?

3         A.  So that's true of the TimeLink clock

4    and I think I stated earlier I'm not 100 percent

5    sure on the Kronos or the Infor.

6         Q.  Okay.  But you would agree that they

7    generally went through the same enrollment process?

8         A.  I would say it was a similar enrollment

9    process without knowing specifically how that

10   process worked, yes.

11        Q.  Okay.  Would you agree that they are

12   subject to the same policies regarding those time

13   clocks?

14        A.  Policies, what do you mean by that?

15        Q.  Any policies, time and attendance

16   policies --

17        A.  Like clocking in, clocking out, breaks,

18   all that good stuff?

19        Q.  That's right.

20        A.  Yes.  Yes, I would agree with that.

21        Q.  And you disagree that prior to November

22   of 2017 Speedway did not obtain written consents

23   from them before they were enrolled?

24        A.  I do not believe they obtained written

25   or provided written consent; that is correct.

1          Q.  Okay.  And you'd also agree that prior

2    to that date November of 2017 they weren't informed

3    of a publicly available BIPA policy?

4          A.  I don't know that specifically.

5          Q.  Okay.  Are you aware of a publicly

6    available BIPA policy existing before November of

7    2017?

8          A.  No, I do not believe so.

9               MR. STEPHAN:  That's all the

10   questions I have.  Thank you.

11              THE WITNESS:  Okay.  Thanks.

12              MR. STEPHAN:  I appreciate it.

13   Yep.

14              THE WITNESS:  All right.

15              MR. WOLFE:  We don't have

16   anything.  See you, Ryan.

17              MR. STEPHAN:  Thanks, Matt.

18              (WHEREUPON, deposition concluded

19   at 1:52 p.m.)

20              *     *     *     *     *

21

22

23          _____

                    MATT GREEN

24

25