# EXHIBIT 6

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

CHRISTOPHER HOWE,         :

Individually, and on      :

Behalf of all others      :

Similarly situated,       :

      Plaintiff       :

  -vs-                    : CASE NO. 1:19-cv-01374

SPEEDWAY LLC AND          :

MARATHON PETROLEUM        :

COMPANY,                  :

      Defendants      :

_____

      Deposition of DIANA ANDERSON, a witness herein, taken by the Plaintiff as upon cross-examination and pursuant to the Ohio Rules of Civil Procedure as to the time and place and stipulations hereinafter set forth, at the offices of Britton & Associates, 201 Riverside Drive, Suite 2B, Dayton, Ohio at 11:32 a.m., on January 16, 2020, before Jamie S. Hurley, Court Reporter and Notary Public within and for the State of Ohio.

      \*   \*   \*   \*   \*   \*

Electronically signed by Jamie Hurley (501-205-026-7923)    ea70cc8a-9653-42c2-9bf5-e26b20173d5b

Page 4

```
 1   WHEREUPON:
 2                    DIANA ANDERSON,
 3   of lawful age, a witness herein, being first duly
 4   sworn as hereinafter certified, testified as
 5   follows:
 6                   CROSS-EXAMINATION
 7   BY MR. STEPHAN:
 8         Q.   Good morning, Diana.  Can you please
 9   state and spell your name for the record?
10         A.   Diana Anderson, D-I-A-N-A, Anderson,
11   A-N-D-E-R-S-O-N.
12         Q.   Diana, we're here today Howe versus
13   Speedway, et al. lawsuit.  Have you ever been
14   deposed before?
15         A.   I have.
16         Q.   How many times?
17         A.   Once.
18         Q.   Was the other time that you were
19   deposed in relation to your work at Speedway?
20         A.   Yes.
21         Q.   When was that deposition?
22         A.   Approximately November of 2007, I
23   believe.
24         Q.   Okay.  So it's been a long time?
25         A.   It has.
```

Electronically signed by Jamie Hurley (501-205-026-7923)    ea70cc8a-9653-42c2-9bf5-e26b20173d5b

Page 65

1     A. To my knowledge, yes.
2     Q. Right. Inside counsel, in-house
3  counsel, and also outside counsel making sure that
4  Speedway is aware of those laws and complies with
5  them, correct?
6     A. Yes.
7     Q. Are you aware of any efforts prior to
8  2017 at Speedway to comply with BIPA?
9     A. I am not aware.
10    Q. Were you ever informed or educated on
11 BIPA back in 2016 or before?
12    A. Probably not before 2016 and I don't
13 recall when I was informed or educated on it.
14    Q. Do you know when, do you know when BIPA
15 was first enacted?
16    A. Not off the top of my head, no.
17    Q. Okay. Still to this date you don't
18 know?
19    A. No.
20    Q. Are you aware that it was enacted in
21 2008?
22    A. No.
23    Q. Can you think of any reason why
24 Speedway chose not to comply with BIPA before 2017?
25    A. I believe that they were in compliance

Electronically signed by Jamie Hurley (501-205-026-7923)    ea70cc8a-9653-42c2-9bf5-e26b20173d5b