# EXHIBIT 9

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-CV-01374

-1-

Christopher Daft, Ph.D.
9/24/2021

1

              IN THE UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
3

CHRISTOPHER HOWE,                    )
4  individually and on behalf        )
   of all others similarly           )
5  situated,                         )
                                     )
6               Plaintiffs,          )
                                     )
7       vs.                          )  Case No.
                                     )  1:19-cv-01374
8  SPEEDWAY, LLC,                    )
                                     )
9               Defendant.           )

10

              CONTAINS PORTIONS PRELIMINARILY
11                DESIGNATED CONFIDENTIAL

12

13           The expert deposition of CHRISTOPHER

14    DAFT, Ph.D., taken remotely via Zoom, called by

15    the Defendant for examination, taken pursuant to

16    the Federal Rules of Civil Procedure of the

17    United States District Courts pertaining to the

18    taking of depositions, taken before Marianne

19    Nee, a Certified Stenographic Reporter of the

20    State of Illinois, CSR License No. 084-002341,

21    taken on Friday, September 24, 2021, commencing

22    at 10:02 a.m. Central Time.

23

24    CASE NO. 40835

1              P R O C E E D I N G S:

2                      * * *

3              (Witness sworn/affirmed.)

4              CHRISTOPHER DAFT, Ph.D.,

5    called as a witness herein, having been first

6    duly sworn/affirmed, was examined and testified

7    as follows:

8                    EXAMINATION

9    BY MR. WOLFE:

10       Q.    Good morning, Dr. Daft.

11       A.    Good morning.

12       Q.    Could you state your name for the

13   record, please?

14       A.    Yes.  My full name is Christopher Mark

15   William Daft.

16       Q.    Have you ever had your deposition taken

17   before?

18       A.    Yes, I have.

19       Q.    How many times?

20       A.    I believe it's six times.

21       Q.    You understand that you are under oath

22   today and your testimony needs to be truthful

23   just as it would if you were in front of a judge

24   or jury?

1    database?

2         A.    Yes.

3         Q.    What are they?

4         A.    A template is simply a set of features

5    extracted from the fingerprint, and that can be

6    considerably smaller than the fingerprint image,

7    so it makes engineering sense to store the

8    smaller representation.

9         Q.    Do you know how many bytes a template

10   is typically made up of?

11        A.    Well, it depends on how rich you want

12   the representation of the fingerprint to be.

13        Q.    The template on the Qualcomm phone, do

14   you know how many bytes it takes up?

15        A.    I think it's a kilobyte, something in

16   that range.

17        Q.    One kilobyte?

18        A.    Yes.

19        Q.    In the scheme of templates, is that a

20   big one or a small one?

21        A.    I think it's normal.  The point is that

22   it captures enough -- I mean, it -- you can

23   think of it as a digit compression, you know,

24   like you do a zip file, you do a zip operation

Christopher Howe vs. Speedway LLC, et al.                    -79-                    Christopher Daft, Ph.D.
No. 1:19-CV-01374                                                                          9/24/2021
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 5 of 80 PageID #:2962

1     Q.    Does the Qualcomm product, does it hold

2   an entire image or does it process it through

3   segments?

4     A.    It acquires the fingerprint image and

5   then it does -- let me start again.  It acquires

6   the ultrasound data.

7           It processes that into a fingerprint

8   image, and then the cleanup process we've been

9   discussing is applied and then the template is

10  made.  So it's an image up to the feature

11  extraction.

12    Q.    Is it fair to say that -- never mind.

13  I already asked that question.  I'm not going to

14  waste your time.

15          Just to make sure that we understand

16  each other, what does the term feature

17  extraction mean to you?

18    A.    It means taking the fingerprint image

19  and extracting data that has the essence of the

20  image in it but is smaller.

21    Q.    And what does the term template

22  generation mean to you?

23    A.    That is making the small binary file

24  which gets stored in the database and uses it

Christopher Howe vs. Speedway LLC, et al.                    -80-                    Christopher Daft, Ph.D.
No. 1:19-CV-01374
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 6 of 80 PageID #:2963
9/24/2021

1    for matching.

2        Q.   Is it your opinion that there is no

3    difference between a template and a fingerprint

4    image like the one that you captured in the

5    Qualcomm device?

6        A.   That's not my opinion, no.

7        Q.   What is the difference?

8        A.   The difference -- well, there are

9    several differences.  The template must capture

10   the essence of the fingerprint in order for the

11   device to function, but the template is

12   considerably smaller than the fingerprint image.

13       Q.   And when you say considerably smaller,

14   what do you mean?

15       A.   I mean that the fingerprint image might

16   be hundreds of kilobytes when it comes out of

17   the image processing block in the finger we're

18   looking at, whereas the template is perhaps 100

19   times smaller.

20       Q.   And what happens that makes the

21   template 100 times smaller than the fingerprint

22   image?

23       A.   What happens that makes it a lot

24   smaller is that the feature extraction is

1      Q.    In the course of this project, have you

2   reviewed any materials that are not cited at the

3   list at the end of your reports?

4      A.    Everything that I -- everything that

5   I've looked at in this case is cited at the end

6   of the report.  I'm sorry.  Let me bracket that

7   slightly.  I mean, obviously I have a bunch of

8   biometric textbooks.  You know, I'm sure I've

9   looked at them at some point, just standard

10  literature.

11      Q.    Okay.  I'm going to mark as ███████████

12  ████████████████████████    I'll send it to you just

13  so I have a clear record of what I'm doing.

14      A.    Okay.  I have that up.

15                         (Exhibit 5 was marked for

16                          identification.)

17  BY MR. WOLFE:

18      Q.    Can you go to paragraph 14 of your

19  rebuttal report.

20      A.    Yes, I see it.

21      Q.    ████████████████████████████████

22  ███████████████████████████████████████████████

23  ██████████████████████

24         ██████████████████████████████████████

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 8 of 80 PageID #:2965



1

2

3

4        Did I read that correctly?

5    A.    I'm sorry.  I didn't hear your

6 question.

7    Q.    Did I read that correctly, sir?

8    A.    Yes.

9    Q.    Do you agree with that definition of

10 fingerprints?

11    A.    Yes.

12    Q.    Okay.

13

14

15    A.

16

17

18

19

20    Q.    Did retaining counsel write paragraphs

21 10, 11 and 12?

22    A.    They provided that information to me,

23 and so I wanted to make it clear which bits they

24 wrote by beginning the paragraph with

1    voltage for example.  But I should qualify this

2    because in recent years in engineering there has

3    been an enormous amount of work on systems that

4    produce all of the data that we want, so a

5    complete fingerprint image without distortion,

6    while they do not conform to the Nyquist

7    requirement.  So I don't -- so classically,

8    historically, Nyquist requirement is a huge

9    deal.  In recent years people have been finding

10   ways around this.

11        Q.   What are the ways around it?

12        A.   So there is a technique in engineering

13   called compressed sensing.  What compressed

14   sensing means is acquiring data that doesn't

15   conform to Nyquist and nevertheless getting all

16   of the information out of -- let me put it in

17   our context -- getting all of the fingerprint

18   information that there is.

19             So compressed sensing is an engineering

20   technique that is currently on file because it

21   turns out that conforming to the Nyquist

22   requirement has a large bearing on the cost of

23   devices.

24             So basically what I'm saying is

1  classically Nyquist tells you how you sample in

2  space and in time, but it's not fair to say that

3  that is a completely rigorous requirement that

4  if you don't meet it, your device stops working.

5  That is not -- that is not true.

6      Q.   What is the status of these new methods

7  that people are developing to get around the

8  Nyquist theorem?

9      A.   They are involved -- they are using a

10 variety of products already.  For example,

11 digital photography is using compressed sensing.

12 So you get a photograph out of your digital

13 camera that was not sent -- that was not sent at

14 the Nyquist rate.  The resolution of that

15 photograph beats Nyquist.

16        Another example is diagnostic imaging.

17 People are producing CT scans and particularly

18 MRI scans when the dataset that's collected

19 doesn't meet the Nyquist requirements, and still

20 this is providing an image that a physician can

21 use that doesn't have artifacts in it.

22     Q.   What is the quality of the image that

23 these methods provide?

24     A.   They approach the data quality that you

1   would get if you conformed to the Nyquist

2   requirements.

3        Q.   Do they provide the same data quality

4   that you would get if you conformed to the

5   Nyquist requirements?

6        A.   That depends.  You see, the acquired

7   data always has some problems.  For example,

8   every sensor has noise in it.  So it's not a

9   perfect fingerprint no matter what you're -- no

10  matter how good your electronics is.  So every

11  acquired image has imperfections.

12        What this compressed sensing part of

13  engineering is finding is that they can get the

14  artifacts produced by the compressed sensing by

15  not obeying Nyquist below the other

16  imperfections in the dataset.  So at that point

17  it's as good as a data acquisition that conforms

18  to Nyquist.

19        MR. WOLFE:  This would be a good time

20     to take a lunch break.  So do you want to

21     take 45 minutes?

22        MR. FICZKE:  45, half an hour, whatever

23     works for all you guys.

24        MR. WOLFE:  Let's do 45.

1   compression for photographs.

2          I wouldn't call the operation of

3   forming the template, it's not similar to JPEG

4   compression.  It's more a feature extraction.

5   But the output is a representation of the key

6   information that's in the image.  So I guess the

7   only thing I would say -- what I'd say no to in

8   response to your question is it's not like doing

9   JPEG compression.

10     Q.    Do you understand that an algorithm is

11  applied to the image as part of feature

12  extraction and results in a template?

13     A.    Yes.  The template is a calculation

14  based on the fingerprint image.

15     Q.    Does the template contain all of the

16  information originally in the fingerprint image?

17     A.    It does not.  It contains the essence

18  of it.

19     Q.    Does it contain actual images of those

20  essences of a finger image or does it contain

21  them, you know, by typology, you know, ridge

22  ending of this sort in this location?

23     A.    It's -- the template is the result of

24  feature extraction and so the template is a list

1    of features derived from the image.

2         Q.   Can you explain to me the difference

3    between identification and verification in the

4    biometric context?

5         A.   Yes.

6         Q.   Please do.

7         A.   The classic identification process is

8    what the FBI does.  The FBI has had for a long

9    time the A-F-I-S system, and its purpose is to

10   take fingerprint data and produce a name of a

11   person.  So that, as the name of the system

12   implies, that's identification.

13           Verification is different.

14   Verification is -- well, let me just give you an

15   example.  A person shows up to work.  They slide

16   their identity card into the time clock and they

17   put their finger on the sensor.  That's

18   verification.  So there the time clock is

19   saying, Does this fingerprint match the

20   individual who is defined by what's on the card?

21   So that's different from the identification

22   process.

23        Q.   Do you know if the time clocks used by

24   Speedway used verification or identification?

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 14 of 80 PageID #:2971

1    A.    I don't recall that point.

2    Q.    Do you know what the false acceptance

3  rate is for the TimeLink and Kronos time clocks?

4    A.    Off the top of my head, no.

5    Q.    Is it -- do you agree that it's

6  possible that time clocks used by Speedway

7  potentially could confirm a user or

8  authenticate -- sorry.  Bad question.

9        Do you know if the time clocks used by

10 Speedway could potentially identify or verify a

11 user incorrectly?  Like if Mr. Ficzko and I had

12 a similar finger -- set of finger ridges and I

13 put my finger on it, is it possible that the

14 clock could think I was Mr. Ficzko clocking in?

15   A.    That is possible.

16   Q.    How did these -- now I'm asking about

17 the Speedway time clocks.  How do those time

18 clocks match a user to a fingerscan?

19   A.    There is a comparison between the

20 template which has just been taken, so the live

21 template.  That is compared in the

22 identification case with all of the registered

23 fingerprints, and in the authentication case

24 it's compared with just the employee here who

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-CV-01374

-115-

Christopher Daft, Ph.D.
9/24/2021

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 15 of 80 PageID #:2972

1    has swiped their ID card.

2        Q.    And do you know ultimately, so after

3    finger template to finger template is matched,

4    how is that then linked back to an individual,

5    if at all?

6        A.    In the authentication case, the

7    individual has been signalled by the card, and

8    these devices are networked, and so the clock

9    may have a database of employees or the clock

10   may ask essential server for information as to

11   which person this is, so either of those is

12   possible.

13       Q.    Okay. ████████████████████████████████

14   ████████████████████████████████████████████

15   ██████████████  █████████████████████████████

16       A.    Yes.   I have that up.

17       Q.    Okay.   It says:

18            ███████████████████████████████

19        ████████████████████████████████████████

20        ███████████████████████████████████████

21        ███████████████████████████

22       A.    I see that.

23       Q.    I have a very basic question first.

24   There is no citation here.   How do you know that

Christopher Howe vs. Speedway LLC, et al.                    -116-                    Christopher Daft, Ph.D.
No. 1:19-CV-01374

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 16 of 80 PageID #:2973

3/24/2021

1    Speedway used those time clocks?

2        A.    That was provided to me by retaining

3    counsel.

4        Q.    Do you know what kinds of sensors these

5    clocks use, by which I mean acoustic,

6    capacitive, optical, some other kind?

7        A.    So there are three; the TimeLink, the

8    Kronos -- the two Kronos are using the Sagem

9    reader, and I guess the Syntel is using a

10   different one, and these are optical devices.

11       Q.    Other than this case, do you have any

12   experience with optical sensors in time clocks?

13       A.    I have lots of experience with optical

14   sensors in my biomedical engineering work.  This

15   is the first case I've been involved with about

16   time clocks.

17       Q.    In the last ten years how much of your

18   time have you spent working with optical

19   sensors?  Just by percentage.

20       A.    This year probably 40 percent.  Earlier

21   than that, less.

22       Q.    How much less?  Less than ten percent?

23       A.    Maybe ten percent is a reasonable

24   number for previous years, but I don't have that

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-cv-01374
-118-
Christopher Daft, Ph.D.
9/24/2021
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 17 of 80 PageID #:2973

1 area -- I mentioned that I'm doing work with the

2 University of Arizona and I hope there will be a

3 publication about that, but as of today there is

4 not.

5 Q. ████████████████████████████

6 ██████████████████████████████

7 ███████████████████████████████████

8 ███████████████████████████████████

9 ██████████████████████████████████

10 ████████

11 So is it your opinion that a

12 fingerprint was captured by the fingerprint

13 reader used in the TimeLink 3100 and the Kronos

14 9000 and 9100?

15 A. Yes.

16 Q. And that opinion was based on the

17 methodology you described in paragraph 13 where

18 you said what you did?

19 A. Yes.

20 Q. Okay. Go to paragraph 17, please.

21 A. I have that up.

22 Q. Here you write:

23 ████████████████████████████████

24 ████████████████████████████████████

1          Do you see that?

2     A.    Yes.

3     Q.    Is this the document that you based

4  paragraph 17 on?

5     A.    That is where I got this direct

6  citation from.  But when I -- I understood from

7  Mr. Marek's report that he was using a

8  definition of fingerprint that I had never heard

9  before.  I also went to look at some standard

10 textbooks to understand whether fingerprint was

11 somehow not what I thought it was, and what I

12 found was that all of the reference material

13 that I consulted used fingerprint to mean just

14 the pattern of ridges and valleys.

15          So I do not understand -- or rather I

16 disagree with Mr. Marek's contention that

17 somehow this is not a fingerprint reader.

18    Q.    Okay.  But that's not my question

19 though.  My question is about your opening

20 report, okay?  Is this the document that you

21 relied upon for the opinion given in paragraph

22 17?

23    A.    Yes.

24    Q.    And do you know where this document

Christopher Howe vs. Speedway LLC, et al.                    -123-                    Christopher Daft, Ph.D.
No. 1:19-CV-01374

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 19 of 80 PageID #:2976

9/24/2021

1     Q.    People who will do things like approve

2  time cards for payroll, right?

3     A.    Yes.

4     Q.    Is this document the entire basis for

5  your opinion in the opening report that the

6  TimeLink clocks collect a fingerprint?

7     A.    No.

8     Q.    So what else do you base that opinion

9  on?  Remember, this is just about your opening

10  report.

11     A.    Yeah.  So my opinion that this is

12  recording a fingerprint and it's using the

13  fingerprint reader comes from not only that

14  particular document but also my understanding

15  having worked in the field of what the word

16  fingerprint means.

17          To me it's plainly obvious that this is

18  a time clock with a fingerprint reader on it.

19  And why is it so obvious?  Well, because I have

20  worked on fingerprint readers and I am familiar

21  with the literature, and the device that's

22  pictured in that document is a fingerprint

23  reader, and I am baffled by how there is

24  controversy about that.

1    Q.    So your opinion is based on the user

2    manual and your experience in the field,

3    correct?

4    A.    Yes.

5    Q.    That's all?

6    A.    Well, as I say, I've been doing

7    biomedical engineering for 30 years.  I've

8    worked on a large fingerprint project during

9    which everyone in the team referred to it as a

10   fingerprint reader, and that fingerprint reader

11   appears to have the same function as the clock

12   we're talking about here.

13   Q.    Okay.  Go to paragraph 19 of your

14   opening report, please.

15   A.    Okay.  I see that.

16   Q.    Does paragraph 19 state the entire

17   basis for your opinion in the opening report

18   that the Kronos 9000 and 9100 time clocks

19   capture a fingerprint?

20   A.    I think this is the same as what we

21   just discussed.  There is certainly user manual

22   evidence that talks about fingerscan images, and

23   my experience in the field backs up the --

24   what's in the user manual which is that this is

1    plainly a fingerprint reader.

2        Q.    Okay.  I'm going to show you and mark

3    as ████████████████████████ which is the entire

4    document.  It's the full version of the document

5    you cite in paragraph 19 for pages 51 and 93.

6                        (Exhibit 8 was marked for

7                        identification.)

8    BY THE WITNESS:

9        A.    Okay.  I have that up.

10   BY MR. WOLFE:

11       Q.    Can you go to page 51 of this document,

12   please?

13       A.    Okay.  I am at page 51.

14       Q.    ████████████████████████████████

15   ████████████████████████████████

16       A.    What I've got is page 51.  ████████████

17   ████████████████████

18       Q.    I'm sorry.  I mean ████████████████

19       A.    Okay.  Right.  Let me go there.

20       Q.    That was my fault.

21       A.    I'm sorry.  What was your question?  I

22   have got the Bates number now.

23       Q.    █████████████████████████████████████

24   ████████████████████████████

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 22 of 80 PageID #:2979

1    been instructed about how the BIPA uses these

2    words is fingerscan, that's the process that you

3    get a fingerprint from.

4        Q.    Can we go to ████████████████ in that

5    document.

6        A.    Okay.  I've got that page.

7        Q.    ████████████████████

8    █████████████████████████████████████

9    ███████████████████████████████████████

10   ████████████████████████████████████

11   ████████████████████████████████████████

12   ███████████████████████████████████

13       A.    Yes.  So you see in the beginning of

14   that ████████████████████████  So that's the

15   process, and so as a result of that process

16   you've got fingerprints, and that's what is

17   converted into a template and the template is

18   then matched against stored information.

19       Q.    The template is matched against the

20   stored template?

21       A.    That's right.

22       Q.    ██████████████████████████ if I didn't

23   say that already.

24             Do you understand that Speedway also

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-CV-01374

-131-

Christopher Daft, Ph.D.
9/24/2021

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 23 of 80 PageID #:2980

1    Q.   Do you have any reason to disagree with

2    that?

3    A.   No.

4    Q.   So is it your opinion that the devices

5    Speedway used stored an image like the one in

6    Figure 1 of the ink fingerprint?

7    A.   I'm sorry.  Could you repeat that

8    question?

9    Q.   Is it your opinion that the

10   devices/time clocks used by Speedway store an

11   image like the ink fingerprint shown in Figure 1

12   to Mr. Minta's opening report?

13   A.   Yes.  They have to because they need to

14   compute the template.

15   Q.   How long is that image stored?

16   A.   I don't know.

17   Q.   Is it stored permanently in solid state

18   memory?

19   A.   I don't have that information.

20   Q.   You don't know one way or the other?

21   A.   I don't know.

22   Q.   Based on your experience in biometrics,

23   that would be unusual, right?

24   A.   It would be, but, you know, I don't

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 24 of 80 PageID #:2981

1       A.   Yes.

2       Q.   We established already that the

3   TimeLink and Kronos devices both use the Morpho

4   scanner, right?

5       A.   That's my understanding.

6       Q.   What is that understanding based on?

7       A.   Retaining counsel told me.

8       Q.   The Morpho scanner requires the user to

9   put their finger in a fixed precise place,

10  correct?

11      A.   I would need to look at the document

12  about that.  I don't have that information off

13  the top of my head.

14      Q.   Okay.  Let's go back to I think it's

15  Exhibit 6 which is SSPA00001.  And go to -- I

16  may have my exhibit numbers wrong, but I'm

17  talking about the TimeLink User Manual.

18      A.   Yes, I have that.

19      Q.   Go to page SSPA0004 again, the same one

20  you relied on in your report, okay?

21      A.   I have that.

22      Q.   Do you see the Tip there in the center

23  left of the page?

24      A.   I do.

1    and that would be the only place that I would

2    not know.  But my arm, for example, that would

3    not work because it just doesn't have the ridges

4    and valleys.

5        Q.   What about a knuckle?

6        A.   That seems -- that would be very

7    different data than what the device is looking

8    for, so I wouldn't be optimistic that that would

9    work.

10       Q.   Have you ever heard of such a thing?

11       A.   No.  When people are trying to defeat

12   these types of devices, it's more the, you know,

13   spoof finger, you know, made with a mold.

14       Q.   My question was, have you ever heard of

15   someone who could enroll on a time clock by

16   using their knuckle or a different part of their

17   hand or the back of their finger?

18       A.   I have not heard of that.

19       Q.   Have you ever used a fingerscan time

20   clock in the course of your employment?

21       A.   I have not.

22       Q.   So staying on the topic of the

23   Morpho-enabled devices, whatever image is

24   captured can be no larger than the scan surface.

Christopher Howe vs. Speedway LLC, et al.          -138-          Christopher Daft, Ph.D.
No. 1:19-CV-01374                                                          3/24/2021

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 26 of 80 PageID #:2983

1          Do you agree with that?

2     A.    I wouldn't put it that way.

3     Q.    How would you put it?

4     A.    The size of the image is going to be

5  determined both by the dimensions of the scan

6  surface and also by the resolution of the

7  reader, so it's not just the scan surface.

8     Q.    Let me simplify it.  Can you look at

9  Exhibit 10 again?

10    A.    Can you tell me which one that is?

11    Q.    ███████████████████████████████

12  ███████████████████████

13    A.    Okay.  I have that one.

14    Q.    Okay.  ██████████████████████

15  ███████████████████████████████

16    A.    Yes.  I see that.

17    Q.    And this isn't based on the document,

18  but based on your experience, under the scan

19  surface is an optical sensor so there has to be

20  some kind of equipment underneath the scan

21  surface to capture the image, right?

22    A.    There does.

23    Q.    And what kind of equipment would that

24  be generally?

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-CV-01374                                                149-                Christopher Daft, Ph.D.
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 27 of 80 PageID #:2984
9/24/2021

1   medical imaging.

2       Q.   We've been talking about the Kronos and

3   TimeLink technology.  Just to make sure that

4   we're on the same page, you agree that those

5   both use Morpho hardware inside and functionally

6   for our purposes they're the same, right?

7       A.   That's my understanding.

8       Q.   Okay.  I want to ask you just a few

9   questions about the Synel clock.

10          Does the Synel clock require the user

11  to put their finger on a fixed precise place?

12      A.   I don't know.  I'd need to look back at

13  the manual.  I don't have that information in my

14  head.

15      Q.   Do you remember, does it capture a roll

16  or a swipe?

17      A.   I don't believe it's a roll and I don't

18  believe it's a swipe.  I think it's the same

19  user experience as the other three time clocks.

20  That's just off the top of my head.

21      Q.   Do you know how large the scan surface

22  of the Synel device was?

23      A.   I do not.  Oh, I'm sorry.  I take that

24  back.  So on my page -- on my paragraph 22 we

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-CV-01374

-155-

Christopher Daft, Ph.D.
3/24/2021

1    Q.   This paragraph appears to address the

2   distribution of fingerprint data from time

3   clocks to other network locations.

4        Do you agree with that?

5    A.   Yes.

6    Q.   Does paragraph 18 state the entire

7   basis for your opinion in your opening report

8   regarding the TimeLink devices distributing

9   fingerprint data?

10   A.   The documents I reviewed and quote here

11   certainly indicate how -- it indicates that

12   these devices are capable of distributing the

13   information.  I also understand from doing

14   engineering for 30 years that there would be a

15   need for that to take place in order for the

16   system to work properly, and I also saw in

17   Kostas Mallias's declaration that he testified

18   about this.

19   Q.   Let's go one sentence at a time.  So it

20   says:

21   ██████████████████████████████

22   ████████████████████████████████████████

23   ███████████████████████████████████

24   ██████████████████████████████████

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-CV-01374

-156-

Christopher Daft, Ph.D.
9/24/2021

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 29 of 80 PageID #:2986

1        Is your opinion here that it can, that

2   the software can do that?

3       A.   ████████████████████████████████████

4   ████████████████████████████████████

5       Q.   Okay.  Is that the limit of your

6   opinion, ████████████████████████████████

7       A.   I see that there is also the

8   declaration of Kostas Mallias saying that I

9   guess Kronos received the database containing

10  fingerscan templates. ████████████████████████

11  ████████████████████████████████████████████████

12  ████████████████████████████████████████████

13  ████████████████████████████████████████████████

14  ██████████████

15      Q.   ██████████████████████████████████████

16  ██████████████████████████████████████

17  ████████████████████████████████████

18  ██████████████████████████████████████

19  ██████████████████████████████████

20  ████████████████████████

21      A.   Yes.  My -- just to fill out the point

22  about my engineering experience, it's clear that

23  these clocks could go wrong, and so it would be

24  important to be able to import and export data

Christopher Howe vs. Speedway LLC, et al.                    -157-                    Christopher Daft, Ph.D.
No. 1:19-cv-01374                                                                    9/24/2021
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 30 of 80 PageID #:2987

1   so that after a failure, which is going to

2   happen, the clock could be -- that a new clock

3   could be brought up to speed without involving

4   everyone, so I understand why they would design

5   this capability into the devices.

6       Q.    An opinion that that actually happened

7   would be based on Mr. Mallias's declaration,

8   right?

9       A.    That was a piece of testimony that I

10  saw.  It's definitely possible that there were

11  other -- I mean, companies need to back up their

12  systems.  What we're talking about here is

13  simply backup.

14          Now, I did not review a document which

15  said the backup has happened, but I did see this

16  testimony from Mr. Mallias.

17      Q.    Are you offering an opinion on the

18  accuracy of Mr. Mallias's testimony?

19      A.    No.

20      Q.    Do you know if the TimeLink -- do you

21  understand that TimeLink was bought by Kronos?

22      A.    That is my understanding.

23      Q.    Do you know if the TimeLink/Kronos

24  solution used by Speedway was a solution in

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 31 of 80 PageID #:2988

1      Q.    Do you know what the reason for the

2  long period of time between the opening and

3  rebuttal was?

4      A.    I do not.

5      Q.    Do you know if Christopher Howe has

6  seen this rebuttal report?

7      A.    No.

8      Q.    All of your opinions in this case are

9  disclosed in either the opening report or the

10 rebuttal report, right?

11     A.    I would give back just a little comment

12 in the sense that if I were presented with new

13 information, that could modify my opinions.  But

14 as I sit here today, these are the opinions that

15 I'm offering.

16     Q.    Is it your opinion that a fingerscan as

17 conducted by the Morpho devices is just a method

18 of collecting fingerprints?

19     A.    That is my opinion.

20     Q.    What is that opinion based on?  We've

21 already talked about your experience.  You don't

22 have to go into that.  I know it's based on

23 that.

24          What else is it based on?

1    of the finger that is on the sensor is going to

2    be recorded.

3         Q.   Mr. Minta goes on to write:

4         ████████████████████████████████████████

5    ███████████████████████████████████████████████

6    ██████████████████████████████████

7              Do you disagree with that statement?

8         A.   I do.

9         Q.   Why?

10        A.   My understanding that was provided to

11   me about the BIPA is that BIPA used finger

12   scanning as a way to obtain a fingerprint.  That

13   also squares with my experience working in the

14   area and also just reading textbooks.

15             I mean, they all have the same view of

16   what a fingerprint means and that's not what

17   Mr. Minta is opining here.

18        Q.   We mentioned textbooks.  Earlier I read

19   to you from Introduction to Biometrics by Jain,

20   Ross, Nandakumar and forward by Wayman, and it

21   said:

22             "Fingerprints obtained by simply

23        placing the finger on the sensor surface

24        cannot capture the whole fingerprint."

Christopher Howe vs. Speedway LLC, et al.                    -180-                    Christopher Daft, Ph.D.
No. 1:19-CV-01374
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 33 of 80 PageID #:2990
9/24/2021

1    A.    What has to happen for the device to

2  work minimally is that the image fingerprint has

3  to be acquired and that has to go to a memory so

4  that the microprocessor can create the template.

5        After that the device may or may not

6  throw away the fingerprint image data, but the

7  data has to exist for long enough for the

8  microprocessor to do that feature extraction

9  into the template.

10    Q.    And that would be for a fraction of a

11  second, correct?

12    A.    If that's how fast the microprocessor

13  is and how complicated the template algorithm

14  is.

15    Q.    Okay.  Typically in a consumer user

16  experience, you would want it to be less than a

17  second, correct?

18    A.    In the device I worked on, you do not

19  want to be annoying the user by having a long

20  period for authentication.

21    Q.    Can you think of any reason why

22  fingerscan time clocks would be different?

23    A.    So time clocks are also used by humans

24  who will get frustrated if they have to wait a

1 ████████████████████████████████████████

2 ████████████████████████████

3     A.    There are various ways of doing the

4 feature extraction to make the template from the

5 fingerprint, and those features that constitute

6 the template are what the machine looks for, and

7 I guess Mr. Minta is using the word pattern to

8 describe the template.  So the matching is done

9 on the template which will list the features

10 formed from the fingerprint.

11     Q.    Is that the same thing as an impression

12 of the ridges of the fingertip unique to each

13 human being and used as a means of

14 identification, which is the Chambers Dictionary

15 definition?

16     A.    That's the definition of fingerprint.

17 ████████████████████████████████████████

18 ████████████████████████████████████████

19 ████████████████████████████████

20         The template is not the fingerprint.

21 It's a calculation based on the fingerprint.

22     Q.    The template is a list of the features

23 found in the fingerprint, right?

24     A.    I think that's fair.

1    Q.    Do you know what that list looks like?

2    A.    Well, that varies between

3    manufacturers, and so, you know, minutiae points

4    would be an example that is frequently used.

5    Also things like the direction of all the

6    ridges, that's a commonly used thing, where

7    whorls end.   There are a variety of ways to do

8    the calculation of the template.

9    Q.    ███████████████████████████████

10   ███████████████████

11   A.    Okay.   I have that one up, 31.

12   Q.    Okay.   Here you write:

13   ██████████████████████████████████

14   ████████████████████████████████████

15   ████████████████████████████████████

16   ████████████████████

17   ██████████████████████████████

18   █████████████████

19   A.    Yeah.   I guess the company is now

20   IDEMIA, but it was Sagem, yeah.

21   Q.    And then you say, █████████████

22   ████████████████████████████████████

23         I'm wondering why you said ██████   What

24   would possibly be wrong with that?   I mean,

1           MR. FICZKE:  Objection.  One second,

2      Dr. Daft.  Objection; compound question.

3  BY MR. WOLFE:

4      Q.   I'll ask it again.

5           MR. FICZKE:  Yeah, if you can fix it.

6  BY MR. WOLFE:

7      Q.   You believe what's initially collected

8  is a fingerprint, correct?

9      A.   Yes.

10      Q.   And is it your understanding of

11  Mr. Minta's opinion that he does not think a

12  fingerprint is initially collected?

13      A.   That is my understanding, yes.

14      Q.   And when we get to pages 25 to 27, he's

15  got a detailed description of how the devices

16  work.  And my question is, other than his

17  opinion that what's initially collected is not a

18  fingerprint, do you disagree with anything else

19  in his description of how the devices work?

20      A.   I disagree with -- well, I think that

21  his description here supports my conclusion that

22  the devices are collecting and storing biometric

23  information, but that biometric information is

24  the template.

1    is inaccurate?

2        A.   I don't see a problem with Figure 12.

3    I don't know its prominence, but it squares with

4    my understanding of how these devices work.

5        Q.   Okay.  Look at Figure 13.  Based on

6    your experience and education, do you have

7    reason to believe that Figure 13 is inaccurate?

8        A.   I'm trying to see what the difference

9    between 12 and 13 is.  Currently I'm thinking

10   that it's just the red X on the template

11   encryption or rather the matcher algorithm.  I

12   mean, from the -- for the purposes of what's at

13   issue here, again you see a sensor collecting

14   data which to me is obviously a fingerprint.

15           That has to get stored in memory so

16   that the CPU can turn it into a template, and I

17   see at the top right again template storage.  So

18   if this is an accurate representation of what

19   goes on inside the device, then it's supporting

20   my opinions.

21           MR. WOLFE:  New exhibit.

22                 (Exhibit 13 was marked for

23                 identification.)

24           MR. WOLFE:  So 13 is document

1    Q.   What is that reason?

2    A.   An image -- in order for the device to

3  work, the image must be stored because data must

4  be provided to the microprocessor to calculate

5  the template, so the image must be stored.

6    Q.   And when you say stored, you're

7  referring to the transient image that would

8  exist for less than a second while feature

9  extraction takes place, right?

10    A.   What I'm saying is that regardless of

11  how long it's stored for, it has to be stored or

12  the device wouldn't work.

13    Q.   But like we talked about earlier, it

14  would be very typical for an image to be

15  captured, the features extracted, and the image

16  discarded, right?

17    A.   Yes.  I think that typically is a way

18  these devices work.

19    Q.   And that process takes less than a

20  second?

21    A.   I think that's fair, but I disagree

22  with the statement no images are stored at all

23  within the Kronos system because if that's true,

24  the device can't work.

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 39 of 80 PageID #:2996

1   Q.   It has to store the image briefly in

2   order to extract the features is your opinion?

3   A.   Yes.  I mean, that's how it has to

4   work.  The microprocessor has to have data to

5   work with because the template is a calculation

6   from the fingerprint image.

7   Q.   Okay.

8   A.   ███████████████████████████████████████

9   ███████████████████████████████████

10  ████████████████████████████████████

11  ███████████████████████████████████

12  ███████████████

13  ████████████████████████████████████████

14  ████████████████████████████████████

15  █████████████████████████████████████████

16  ██████   ███████████████████████████████████

17  ████████████████████████████████

18  Q.   I understand.  And that process would

19  take less than a second?

20  A.   Typically it could.

21  Q.   Now, the IAFIS system actually does

22  store fingerprint images, right?

23  A.   That's how it started, yes.  And so

24  that is a -- I agree with Kronos that there are

Christopher Howe vs. Speedway LLC, et al.                    -196-                    Christopher Daft, Ph.D.
No. 1:19-cv-01374                                                                      9/24/2021
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 40 of 80 PageID #:2997

1    differences between IAFIS and the Touch ID, ███

2    ████████████████████████████████████████████

3    ████████████████████████████

4         Q.    Look at the diagram at the bottom of

5    the page.

6              MR. FICZKE:  Is that the Step 1

7         diagram?

8              MR. WOLFE:  Yes, sir.

9    BY MR. WOLFE:

10        Q.    Is that diagram accurate from, you

11   know, a basic perspective of how the technology

12   works?

13        A.    It is beyond me how the technology

14   could work if the fingerprint was not stored so

15   that the template could be produced from it.

16        Q.    Okay.  And then let's go, let's break

17   it down a little bit.  ████████████████████████

18   ████████████████████████████

19             Do you think that part is accurate?

20        A.    Yes.

21        Q.    ███████████████  So your opinion is that

22   the fraction of a second capture is equivalent

23   to storage; is that right?

24        A.    The word storage doesn't have inside it

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-CV-01374
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 41 of 80 PageID #:2998
-197-
Christopher Daft, Ph.D.
3/24/2021

1  some minimum time.  Storage means that the data

2  comes into the device and it has to be put in a

3  holding place for the scan to finish, and then

4  the microprocessor refers to that information in

5  order to get to the template.  So that's

6  storage, no matter how fast the microprocessor

7  works.

8      Q.   And then the next part of the sentence

9  says, ████████████████████████████████████████

10         Now, I know you didn't write this

11  document, but I want to get your understanding

12  of what do you think they mean, based on your

13  expertise, about what is biometric data being

14  converted here from the fingerscan?

15         MR. FICZKE:  Objection to the extent it

16     calls for speculation and the fact that

17     Dr. Daft already indicated he has never

18     seen this document before.

19         But, Dr. Daft, if you know the answer,

20     feel free to answer.

21  BY THE WITNESS:

22     A.   ██████████████████████████████████████

23  ████████████████████████████████████████████████

24  ████████████████████████████████████████████████

Christopher Howe vs. Speedway LLC, et al.
No. 1:19-CV-01374

-198-

Christopher Daft, Ph.D.
9/24/2021

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 42 of 80 PageID #:2999



1

2

3

4

5

6

7

8    BY MR. WOLFE:

9        Q.    And the template is a list of features

10   formed from the fingerscan based on whatever

11   algorithm is in play in these devices?

12       A.    Yes.   The template is a computation of

13   let's call it the essence of what the

14   fingerprint has.

15       Q.    And I don't want to ask you right now

16   about your opinions about recreating the

17   fingerprint.   We'll get to that.

18

19

20

                                              about

22   that?

23       A.    I don't know how the device works.

24

Christopher Howe vs. Speedway LLC, et al.                    -199-                              Christopher Daft, Ph.D.
No. 1:19-CV-01374                                                                                                 9/24/2021
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 43 of 80 PageID #:3000

1 ████████████████████████████████████████

2 ██████████████████████████████

3             That's my speculation as to what that

4 -- the first part of the Step 2 sentence means.

5       Q.    Okay.  Do you disagree that a template

6 is a mathematical representation?

7       A.    No.  I think that's a fine description

8 of template.

9       Q.    Are you aware if templates -- templates

10 are stored in the system somehow, right?

11      A.    Yes, because otherwise they couldn't

12 work and, you know, Mr. Minta's report has

13 diagrams including template storage.

14      Q.    Do you know, are they stored in a

15 table, something like a CSV file?

16      A.    So I don't know.  But from my

17 experience with embedded systems -- this is an

18 embedded computer system -- I would doubt that

19 the template storage is a CSV file, but honestly

20 I don't know.

21      Q.    You don't know what kind of file it

22 would be stored in?

23      A.    I would expect that on an embedded

24 system it would not be stored in a rather

1        publicly-available document.

2            MR. FICZKE:   Okay.

3    BY MR. WOLFE:

4        Q.   I want to ask you a few questions

5    about, just a few about this. ██████████████████

6    ████████████████████████████████████████████████

7    ██████████████████████████████████████████

8    ████████████████████████████████████████████████

9            Do you think there is anything

10   inaccurate about that?

11       A.   That particular sentence seems fine.   I

12   mean, it sounds like they are -- ██████████████████

13   ████████████████████████████████████████████

14   ████████████████████

15       Q.   And at the top of the next column, the

16   first sentence says:

17        ██████████████████████████████████████

18     ███████████████████████████████████

19     ██████████████████████████████████████

20            Do you agree with that?

21       A.   I do not.

22       Q.   And is that for all the reasons we've

23   talked about today?

24       A.   It is.   I mean, they are stating that

1    Kronos is different from AFIS that law

2    enforcement uses, and that's certainly true.

3    ███████████████████████████████████████

4    ███████████████████████████████████████

5    ████████████████████████████████████████

6    ██████████████  █████████████████████████

7    █████████████████████████████████

8    ██████████████████████████████████████

9    █████████████████████████████████

10    Q.   And when you say stored, again you mean

11    for a short period of time while feature

12    extraction takes place?

13    A.   Yes, and I don't see in the word stored

14    some threshold of a time period.

15    Q.   Okay.  So if you look at the diagram at

16    the bottom of the page, in Step 1 do you

17    disagree with their characterization for the

18    same reason you just said?

19    A.   Let me run through that sentence.

20    █████████████████████████████████████

21    ██████████  ██████████████████████████

22    ████████████████████████████  ██████████

23    ████████████████████████████████████

24    █████████████████████████



1     Q.   ██████████████████████████████████████

2     ██████████████████

3     A.   Okay.  I have that.

4     Q.   In the middle of this paragraph you

5     said:

6          ████████████████████████████████

7     ██████████████████████████████████████

8     ██████████████████████████████████████

9     ██████████████████████████████████████

10    ████████████████

11         Now, we just looked at Mr. Minta's

12    reports and some other documents, time clock

13    manuals.  In your opinion none of that is

14    evidence of a difference in those two terms?

15    A.   I'm just baffled by the opinion that

16    these time clocks don't acquire fingerprints,

17    and I understand that the statute is saying that

18    fingerscan is one way of collecting the

19    fingerprint.

20         So my opinion is incredibly simple and

21    it is just that -- and it's obvious to me --

22    that through finger scanning, fingerprints are

23    being acquired.

24    Q.   Is it your opinion that a portion of a

1    fingerprint is the same thing as a fingerprint?

2        A.    I think it's obviously different.

3        Q.    Well, Mr. Minta and the owner manuals

4    indicated that the sensing area of the devices

5    may be smaller than a full fingerprint.

6              Is that not evidence of a difference

7    between a fingerscan and a fingerprint?

8        A.    No, it is not, because the fingerprint

9    is simply a pattern of ridges.  It's not -- a

10   fingerprint isn't a term of art.  It's what

11   people outside of the -- of this technology area

12   think it means.

13             So maybe it's a -- so I understand that

14   Kronos is using the difference between an AFIS

15   acquisition and their devices.  They're pointing

16   to a difference there which I agree with.  But

17   when you do finger scanning, the data you get is

18   a fingerprint.

19       Q.    Okay.  So my question is, is the

20   material information that I just showed you, is

21   that not evidence or is it that you think that

22   the evidence is, you know, not worthy and should

23   be discredited?

24       A.    These documents, the two documents you

1          Do you see that?

2     A.   I do.

3     Q.   My question is, after the long
4  discussions we've had today and the documents
5  that we've looked at throughout the day, is it
6  still your opinion that there is no evidence to
7  support a difference?

8     A.   My opinion remains that finger
9  scanning, as I state in my report, is the verb
10 and fingerprint is the noun that you get from
11 doing the verb.

12    Q.   Okay.  You didn't quite answer my
13 question though.  The question is, is there no
14 evidence to support a difference or are you
15 resolving the evidence to your opinion?

16    A.   I see -- so let me answer it this way.

17         When -- every time that Mr. Minta is
18 using fingerscan as a noun, I'm baffled because
19 it's obviously a fingerprint.

20    Q.   Is the fact that the sensors may scan
21 something less than a full fingerprint not
22 evidence that there could be a difference
23 between a fingerscan and a fingerprint?

24    A.   So let me answer that in two parts.

 1   BIPA says that finger scanning is the verb to

 2   get the fingerprint, and a small sensor will

 3   produce a truncated fingerprint.  It's still a

 4   fingerprint.  It might not cover the entire

 5   finger, but it's still a fingerprint.

 6       Q.   Okay.  Five minutes ago you told me

 7   there was obviously a difference between a

 8   partial fingerprint and a full fingerprint.

 9       A.   That's correct.  It's fuller

10   data, yes.

11       Q.   Go to paragraph 42 and 43 in your

12   report.

13       A.   Okay.  I see that.

14       Q.   Your opinion here is that Ms. Jones's

15   deposition does not support the statement in the

16   Minta opening report; is that right?

17       A.   I did not find that -- the information

18   that's in Mr. Minta's report, I didn't find that

19   in the deposition transcript.

20       Q.   Okay.  Do you have any other basis for

21   the opinion in this part of the report?

22       A.   The only opinion I'm giving here is

23   that there isn't support for the claim on page

24   31 lines 23 to 24.  There was a citation there

1   and I followed up on the citation and I couldn't

2   find what was being referred to, and there isn't

3   a citation to a line of the deposition

4   transcript.

5        Q.    Thank you for your clear answer.

6   Paragraphs 44 and 45 with the subheading,

7   ████████████████████████████████████████████████

8   ████████████████████

9        A.    I see that, yes.

10        Q.    Your opinion here is that the statement

11   in Mr. Minta's opening report is inconsistent

12   with Kostas Mallias's declaration; is that

13   right?

14        A.    It is inconsistent, that's correct.

15        Q.    And the basis for that opinion is your

16   review of Minta's opening report and Mallias's

17   declaration?

18        A.    That's -- so I guess that there is a

19   couple of parts to this.  Other citations show

20   that the database sharing is possible.  This was

21   one piece of evidence that it had actually

22   happened, and my engineering background suggests

23   that the networking capabilities of these time

24   clocks would be used for backups.

Christopher Howe vs. Speedway LLC, et al.     -214-     Christopher Daft, Ph.D.

No. 1:19-CV-01374     3/24/2021

1         So I suspect that's not the only time

2    that the templates moved from a clock to the

3    central server or back in the other direction,

4    but these citations I have here are one example

5    that I saw in the evidence.

6        Q.    Thank you for that.  And we talked

7    about that earlier, right? ████████████████

8    ████████████████████████████████████

9    ████████████████████████████████

10    A.    That's right.

11    Q.    Okay.  Is there any other basis for

12    this opinion other than what's in your opening

13    report and what we talked about earlier and the

14    statement in your rebuttal?

15    A.    The other thing I would say is in order

16    to run a corporation with a lot of convenience

17    stores, backup is necessary.  And so I would be

18    very surprised if these time clocks were not --

19    you know, if the company did not use the

20    networking capabilities built into the time

21    clocks for backup purposes.

22    Q.    What experience in biometrics do you

23    have that Mr. Minta does not?

24    A.    I don't know that I can answer for

1    Q.    Your opinion is that it is not

2  impossible to reverse engineer a fingerprint

3  from a template; is that right?

4    A.    My opinion is that it is not impossible

5  to reverse a template into a fingerprint.

6    Q.    Do you have some ideas about how it

7  could be done?

8    A.    Yes, and those are cited in my report.

9    Q.    One of them involved invertible neural

10  networks, right?

11    A.    That's correct.

12    Q.    Are you an expert in invertible neural

13  networks?

14    A.    I have been working in neural networks,

15  I hate to say, since 1990, so this is a variety

16  of neural network that I'm familiar with.

17    Q.    What does it mean to be an invertible

18  neural network?

19    A.    It means that there is a forward

20  process.  In this case the forward process is

21  the mathematical calculation from the

22  fingerprint to the template, and what the neural

23  network is doing is learning, as in machine

24  learning, how to do the reverse process, going

1    from the template to the fingerprint image.

2        Q.    Can you describe your experience with

3    invertible neural networks?

4        A.    So invertible neural networks are

5    actually the subject of one of the publications

6    in my CV.  I can find which one it is if that's

7    helpful.

8        Q.    Yes.  I would like to know.

9        A.    It is citation 19 on page 5 of my CV.

10       Q.    Can you describe generally what that

11   paper was about?

12       A.    Yes.  So the goal there was we have a

13   situation, it was a medical imaging situation,

14   and the -- we know what I'll call the forward

15   problem.

16            So this is ultrasound tomography.

17   Imagine it in breast imaging.  You've got the

18   breast in a water tank and there is ultrasound

19   transducers surrounding the breast.  We know how

20   to solve that problem in the forward direction.

21            What I mean by that is given the

22   tissue, we can predict what the data acquired by

23   the sensors did, and we can do that reliably.

24            What is of great interest for medicine

1  is being able to do the inverse problem, which

2  is going from the sensor data back to the tissue

3  characteristics of the breast and being able to

4  make an image of the breast.

5          So what we were doing in that work is

6  parallel to the situation with the fingerprint

7  image and the template.  So in this situation

8  I'm going from the acquired data back to an

9  image of the breast, given that I know how to do

10 the forward problem.  So the neural network

11 learns the inverse problem, which I can't do.

12         So in the same way, with the

13 fingerprint obviously we know what the forward

14 problem is because that's just the software

15 being executed by the microprocessor, and the

16 inversion in the invertible neural network is

17 teaching by machine learning that network to go

18 in the opposite direction.  That's how this work

19 is similar to inverting the template back into

20 the fingerprint.

21     Q.   Are you aware of anyone who has reverse

22 engineered a fingerprint image from a template

23 using invertible neural networks?

24     A.   I'm not aware of that.  I have another

1   citation not using invertible neural networks

2   where the fingerprint image is being produced

3   from the template.

4        Q.   When you refer to that citation, are

5   you referring to the article Fingerprint Image

6   Reconstruction from Standard Templates by

7   Cappelli and others?

8        A.   Yes.  So that's peer reviewed actually

9   in a very prestigious journal, the IEEE

10  Transactions on Patent Analysis and Machine

11  Intelligence.

12       Q.   Okay.  We'll get to that.  You also

13  mentioned the use of artificial intelligence in

14  your rebuttal?

15       A.   Yes.  And to be clear, artificial

16  intelligence these days is sometimes used

17  synonymously with neural -- actually often used

18  synonymously with neural networks.

19       Q.   Is that also true of the term deep

20  learning?

21       A.   Yes.  All of those terms are kind of

22  mushed together.  Now, it's -- basically what

23  all of that means is I know how to do the

24  forward problem.  I know how to go from the

1    fingerprint to the template.

2              I am going to show the system -- which

3    we can call a deep learning device, a neural

4    network, or an artificial intelligence.  I'm

5    going to show it what are examples of

6    fingerprints and templates, and from that

7    training experience, this AI is going to learn

8    how to invert.

9         Q.   Got it.  So you mentioned invertible

10   neural networks, artificial intelligence, and

11   deep learning, which I understand you to be

12   saying are all approximately the same as being

13   what you just described; that's how you would do

14   it in a general --

15        A.   That's right.  They are all learning

16   systems and those terms are -- I mean, 20 years

17   ago those terms meant different things, but

18   these days I think it's lost some precision.

19   But all I'm meaning is it's a learning system

20   that you train.

21        Q.   Got it.  Now, you mentioned in passing

22   just now the paper by Cappelli and others.

23   We'll talk about that in a minute.

24              Do you have any other ideas about how a

1  fingerprint could be reverse engineered from a

2  template?

3      A.   No.  I think between machine learning

4  algorithms and what Cappelli shows, that's

5  what's backing up my claim that it is not

6  impossible to do.

7          And I should add one other thing, that

8  the capabilities of these AI systems are

9  advancing with extraordinary speed.  So it is

10  very possible that if it's too hard today, that

11  it won't be too hard in six months.

12      Q.  Sure.  Okay.  So have you ever seen the

13  Cappelli article before you found it in

14  connection with this project?

15      A.  No.

16      Q.  Have you read any other papers, studies

17  or publications on the topic of fingerprint

18  image reconstruction from templates?

19      A.   In one of the standard textbooks that I

20  cite, I think it's Jain's book, there is a whole

21  section that is entitled Attacks on the Template

22  Database.  So, in other words, this is some

23  actor that wants to break into the biometric

24  system, and so in that section in that monograph

1   there is some other information on converting

2   templates to fingerprint images.

3        Q.   And in that chapter in the Jain

4   textbook, J-a-i-n, other topics besides

5   reconstruction of templates are addressed,

6   right?

7        A.   That's correct.

8        Q.   And it mentions a whole bunch of

9   methods of attacking the database and utilizing

10  the information in the database, right?

11       A.   Yes.

12       Q.   How long is the portion of the Jain

13  chapter on template reconstruction?

14       A.   I see that the -- I'm just reading from

15  my report.  I see that attacks on the template

16  database is 18 pages long.

17       Q.   Okay.  And then the portion of that

18  template reconstruction is something less than

19  18 pages?

20       A.   Yes, I think so.

21       Q.   Okay.  So tell me about the Cappelli

22  article and how they purportedly reconstructed

23  fingerprint images from templates.

24       A.   Well, they did examples of

Christopher Howe vs. Speedway LLC, et al.                    -224-                    Christopher Daft, Ph.D.
No. 1:19-CV-01374                                                                      9/24/2021
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 59 of 80 PageID #:3016

1    reconstructing fingerprint images from template

2    data.

3        Q.   Do you have any firsthand experience

4    with that?

5        A.   I have not attempted to reconstruct

6    fingerprint images from template data.  However,

7    because I have been a neural net person for a

8    long time, I know exactly how to do it.

9        Q.   Okay.  How would you do it?

10       A.   I would get a large database and I

11   would set up a neural network or actually a

12   variety of neural networks and I would train

13   them on that data, and then I would validate the

14   result by showing it template information that

15   it had not seen in the training setting.

16       Q.   And if you wanted to train a neural

17   network to reconstruct fingerprint images, you

18   would need to know about the algorithm that is

19   operating on the finger to create the original

20   template, right?

21       A.   Actually no.  All I would need is

22   examples of fingerprints and their corresponding

23   templates.  I would not need to know what the

24   algorithm was.

1    Q.    You could back out the algorithm?

2    A.    It's possible.  I wouldn't put it quite

3  like that.  The neural network eventually after

4  training understands what the algorithm is.  But

5  I would not -- in order to break into this

6  system, I would not need, for example, the

7  source code running on a Kronos microprocessor.

8  I would only need the fingerprint data and the

9  template data.

10    Q.    Okay.  And within this database all the

11  templates would have to be constructed the same

12  way, right?

13    A.    Yes.  So the machine learning system is

14  learning one specific algorithm.  It would have

15  to be repeated if there were a different

16  algorithm in play.

17    Q.    So the templates you would have would

18  be -- I'm not going to use the right terms.

19  They would be in some sort -- I mean this in a

20  colloquial sense.

21        The templates that you would have would

22  be in some code, right?  Like the first part of

23  the template corresponds to X, the next part of

24  the template corresponds to Y, and eventually if

1    you have enough of them, you can -- and the

2    original fingerprint images, you can figure out

3    how to reconstruct by teaching the machine that

4    this template came from this image and this is

5    what the code is?

6         A.   That's right.  I mean, that's true and

7    it's actually true even independent of how the

8    template information is encoded.  So you were

9    asking earlier about how that data is stored.

10   This approach doesn't care about how that data

11   is stored.

12        Q.   What do you mean by that, doesn't care

13   about how the data is stored?

14        A.   What I mean is that if the template is

15   stored in a CSV file as you had asked me about

16   before, then this approach works.  If the

17   template is stored as raw binary data, this

18   approach would also work.

19        Q.   Are there other ways the template might

20   be stored?

21        A.   Yes.  There are -- I mean, the encoding

22   of that template data could be done in many,

23   many different ways.

24        Q.   Could it be stored in a text file?

1    Q.    Binary format is like zeroes and ones,

2    correct?

3    A.    That's right, and obviously also there

4    are many ways to do the encoding.  By saying

5    it's binary format, really what's meant there is

6    it's not human readable.

7    Q.    Okay.  Would a human ever have occasion

8    to read a fingerprint template?

9    A.    If they were attempting to attack a

10    biometric system, yes.

11    Q.    If you were a human, not a machine, who

12    wanted to read a fingerprint template, what

13    would you do?

14    A.    There is software that allows the

15    binary data to be represented in a human

16    readable format.  That's not what we were just

17    looking at in Mr. Minta's expert report.  What

18    he's showing is binary data that's just read

19    into a text editor.

20         So in the world of, you know,

21    undermining biometric systems, you would be

22    using a binary data editor.

23    Q.    Okay.  So a binary data editor is the

24    software that you just described?

1  doesn't apply here.

2      Q.   Okay.   Templates are the result of

3  feature extraction, correct?

4      A.   I think that's fair.

5      Q.   And a template contains some lesser

6  amount of data than the original image, correct?

7      A.   Yes.   We can see in Table 1 of the

8  paper which I guess is on page 1492, this is

9  showing the type of information that's in the

10 template.

11     Q.   So as part of the reconstruction

12 process, the image that is reconstructed is

13 going to be missing some information that would

14 have been in the original image; is that right?

15     A.   Well, that's where if you remember many

16 hours ago we were talking about compressed

17 sensing, how a digital camera can produce a

18 resolution that's much higher than its sensor's

19 resolution.

20          While the template is much smaller than

21 the image, if it's got the key information and

22 if the algorithm or the learning system is

23 clever enough, then that is resulting in a

24 synthetic fingerprint of good quality.

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 64 of 80 PageID #:3021

1    Q.    Did Cappelli and his coauthors use that

2    method?

3    A.    Cappelli and the coauthors use the

4    template data and they invent an algorithm that

5    analyzes the template data and creates a

6    synthetic fingerprint image, and then they

7    evaluate how good that image is.

8    Q.    And ultimately they conclude that it

9    would be unlikely to fool a human reviewer but

10   potentially could fool the same system; is that

11   right?

12   A.    That is what is stated in the abstract,

13   and I have no reason to doubt that in 2007 that

14   is what they concluded.  So a high chance of

15   deceiving state-of-the-art commercial

16   fingerprint recognition systems, I think that's

17   important for this case, because we're not

18   talking about a human expert in fingerprints

19   looking at the data.  We're talking about can

20   the machines be deceived.

21   Q.    Is the reconstructed image transferable

22   from one system to another?  So if I reconstruct

23   an image from the TimeLink system, can I go use

24   it on the Qualcomm phone?

1    A.   I think so because it's just the
2    scanned image, and so that is far more doable
3    than, you know -- if you don't know what the
4    fingerprint template is, once you've got it back
5    to an image, I think you can use it in other
6    systems far more easily.
7    Q.   But the reconstructed image is based on
8    reversing the algorithm essentially, right?
9    A.   I wouldn't put it that way.  What
10   they've done here is they have made an algorithm
11   that understands the template and predicts the
12   image, so it's through their understanding of
13   the characteristics of fingerprints.
14        So the reason I brought up the
15   compressed sensing in the digital camera is it's
16   the same thing.  The small amount of data plus
17   the knowledge of the algorithm is able to get
18   back with some level of fidelity to the
19   fingerprint image.
20   Q.   Would it make a difference if the
21   feature extraction method was different from one
22   sensor to the another, like if one was doing
23   minutiae and one was doing, you know, ridge
24   flow?

1    would have to do that work again for a different

2    feature extraction algorithm.

3              If I'm a bad guy and I want to make

4    money by breaking into the system, I would

5    choose the neural network approach where neither

6    the feature extraction specifics nor the

7    encoding of the data matter for creating the

8    fingerprint image, the synthetic fingerprint

9    image.

10        Q.   And why did either of them matter?

11        A.   The Cappelli paper presumes a certain

12   format and a certain kind of feature extraction.

13   So they're not trying to break into that system

14   to make money.

15             They're interested in what is the

16   algorithmic likelihood, so they've just

17   subtracted the whole question of how is the

18   template formatted and what's in the template.

19   They've subtracted that.  They know all of that,

20   so that's not part of their work.

21             But if I'm a criminal, I would opt for

22   the approach where it doesn't matter about the

23   format and it doesn't matter about the feature

24   extraction.

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 67 of 80 PageID #:3022

1    Q.   It would require a lot of resources,
2  right?

3    A.   I disagree.  The speed -- I mean, the
4  amount of learning power that is available with
5  commodity hardware, like let's say a desktop PC,
6  the amount of learning power in that has
7  improved at an extraordinary rate in the last
8  five to ten years.

9    Q.   Do you think it could do an invertible
10 neural network of this power on a PC that I can
11 buy at Target?

12   A.   I think, I mean my point in my report
13 is we can't make a statement that -- I disagree
14 with the statement that inverting the template
15 algorithm is impossible.  I think that's
16 incorrect, and I think this paper shows that
17 algorithmically it's possible and I feel that a
18 neural network approach could be very suitable
19 for someone with nefarious intent.

20   Q.   Okay.  We've talked about the neural
21 network idea.  We've talked about Cappelli and
22 his paper.

23        Do you have any other ideas about how a
24 fingerprint image could be reverse engineered

1    from a template?

2         A.    I think there is some other information

3    in that section of the Jain book that I cite,

4    but my opinion is simply disagreeing with the

5    blanket statement that reversing the template

6    algorithm is impossible.  That's my opinion.  I

7    disagree that it's impossible.

8         Q.    Okay.  Can you go to Mr. Minta's

9    opening report, Figure 8.

10        A.    Yeah, I have that.

11        Q.    Okay.  And Figure 8 is where you can

12   see the circuit board?

13        A.    Okay.  Yes, I have that.

14        Q.    It's on page 21, right?  There is three

15   photos of the interior of the time clocks?

16        A.    Yes.

17        Q.    ████████████████████████████████████

18   ██████████████████████████████████████

19   ████████████████████████████████████████

20   ██████████████████████████████████████

21   ███████████

22        A.    That's right.

23        Q.    How would you do that?

24        A.    So the context of this is how much

1    effort is determined by how valuable the

2    information is, but the procedure would be to

3    use some means to attach to the points in the

4    circuit, for example, the pings.

5    ████████████████████████████████████████

6    ████████████████████████    This is a standard free

7    scale microprocessor, very common device.

8         Q.    Are you referring to Figure 8 here?

9         A.    Yes.

10        Q.    Okay.

11        A.    So underneath that device there is a

12   whole bunch of pins, maybe 100, 150 of them.  So

13   it is entirely feasible to interpose a connector

14   between that chip and the circuit board and

15   watch all of the signals coming out of that and

16   into that microprocessor.

17        Q.    To do that, you have to physically

18   connect probes in the logic analyzer, right?

19        A.    That's right.

20        Q.    What do you do with the oscilloscope?

21        A.    The oscilloscope would be useful

22   initially in learning what goes where in the

23   circuit.  This could take some amount of time,

24   ████████████████████████████████████████

1 ███████████████████████████████████████████

2 ███████████████████████████

3      Q.   You said using the oscilloscope to

4 learn what goes where in the circuit could take

5 some amount of time?

6      A.   Yes.

7      Q.   How much time do you think it would

8 take?

9      A.   I can't tell you without having tried

10 to do this, this procedure.

11     Q.   Do you personally have direct circuit

12 probing experience with a prefabricated board

13 like this?

14     A.   I do.

15     Q.   What is that experience?

16     A.   When I worked at Cephasonics, we had

17 lots of circuit boards where we have to probe

18 with a logic analyzer in just the way that I've

19 been describing.

20     Q.   And what kinds of projects were you

21 working on when you were doing that?

22     A.   That was like an integrated circuit,

23 some that we designed, and so the goal of the

24 work was to understand whether the integrated

Christopher Howe vs. Speedway LLC, et al. -250- Christopher Daft, Ph.D.
No. 1:19-CV-01374                                                    9/24/2021
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 71 of 80 PageID #:3028

1          Once we have the circuit doing what we

2     want or mostly doing what we want, then I go off

3     and work on algorithms or something.  So there

4     were times when I was doing a lot of this and

5     times when I was doing none of it.

6          Q.   So over the two years that you were at

7     Cephasonics, less than ten percent of your time?

8          A.   We were pretty good.  We could make

9     circuits that work.  And so the amount of

10    probing that needed to be done was probably less

11    than ten percent, but it's just a skill.  I

12    mean, once you know how to do it, it's not like

13    if I spent my whole day doing it, I'm better.

14    It's more of just once you know how to do this

15    thing, it's an ordinary engineering skill.

16         Q.   At Cephasonics were you trying to

17    reverse engineer other people's technologies so

18    you could copy it?

19         A.   No, but trying to figure out a circuit

20    board that's not working the way you want is

21    just the same.

22         Q.   At Cephasonics you would have the

23    schematic diagram to know how it should work,

24    right?

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 72 of 80 PageID #:3029

1      A.    That's correct, and I know that I can

2   go to the free scale website and I can download

3   a document that tells me exactly what every pin

4   under that MX-1 chip does.  So I already know

5   all of that information.  I don't need to figure

6   that out.

7      Q.    Okay.  A schematic diagram would be

8   really helpful, right?

9      A.    The schematic diagram can be obtained

10  by reverse engineering the circuit board, so if

11  this is something -- if this is a project where

12  resources are available, the schematic can

13  easily be reverse engineered.

14     Q.    Okay.  A minute ago you said, I know I

15  can go to the free scale website and I can

16  download a document that tells me exactly what

17  every pin is under the MX-1 chip.

18     A.    MX-1, it's a microprocessor.  So yes,

19  free scale documents, they're products, and so

20  that includes telling me exactly what every pin

21  does.

22     Q.    Did you actually do that?

23     A.    If I were on this project, that would

24  be one of the first things I would do.

Christopher Howe vs. Speedway LLC, et al.     -252-     Christopher Daft, Ph.D.
No. 1:19-CV-01374                                                9/24/2021

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 73 of 80 PageID #:3030

1    Q.   But you didn't actually do it on this

2    project, right?

3    A.   I have not had a device in front of me.

4    Q.   Okay.   And you didn't go to the

5    DragonBall website and get the schematic

6    diagram?

7    A.   No, because that would only be useful

8    if I were seriously reverse engineering the

9    circuit.

10   Q.   Your point is simply that it is -- in

11   your opinion it is possible to reverse engineer

12   the circuit?

13   A.   I think I put it slightly stronger than

14   that.  Reverse engineering the circuit is

15   completely doable by an organization with enough

16   resources.

17   Q.   Like the National Security Agency?

18   A.   I don't know what they -- I don't know

19   what goes on inside there, but I know that in

20   many cases people reverse engineer circuits like

21   this simply because there is an economic

22   motivation to do so.

23   Q.   All right.  So do you agree with me

24   that the schematic diagram would be helpful?

1      A.   Yes, and I'm saying that one can

2   reverse engineer the schematic diagram from the

3   physical object.

4      Q.   Why would you need the schematic

5   diagram for reverse engineering from the object?

6   I don't understand.

7      A.   Well, it's certainly helpful to have

8   the schematic.  What I'm saying is there is

9   nothing magical that needs to take place to go

10  from that board and its components to the

11  schematic.  It's a bunch of tedious work but

12  it's not hard.

13     Q.   How many hours total would you estimate

14  you spent at Cephasonics on direct circuit

15  probing?

16     A.   I don't recall, but I will reinforce

17  that this kind of probing, it's just a skill.

18  You learn it at some point and you can do it

19  afterwards.  It's not a magical skill.  It's a

20  standard engineering technique.

21     Q.   Was it less than 100 hours?

22     A.   I think so.

23     Q.   All right.  So looking at the photo on

24  the right in Figure 8, where on the circuit

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 75 of 80 PageID #:3032

1    board would you connect to the signals?

2        A.    I think the correct answer to that is

3    as many places as possible.  So that would

4    include places like if you look at the bottom

5    left, you'll see some solar panels.  So that's

6    one place that's very easy to connect.

7            You would also connect to -- I mean,

8    you see three large integrated circuits.  You

9    would connect to all of the pins of each of

10   those circuits, and you would connect to as many

11   other places as you can find.

12       Q.    A circuit board can have multiple

13   layers, right?

14       A.    That's correct.

15       Q.    And some signals can be on inner layers

16   of the board?

17       A.    Yes.  And so when people are doing

18   reverse engineering, they slice these boards up.

19   That's how you figure out -- I mean, the board

20   is made from a bunch of layers that are glued

21   literally together and it is sectioned so that

22   it goes back to the parts that go into making

23   the circuit board.

24            So at that point you know what the

1  layout is everywhere, including in the internal

2  layers.

3       Q.   I'm a little confused by your last

4  sentence.  You said, At that point you know what

5  the layout is everywhere, including the internal

6  layers.  At what point do you mean?

7       A.   I'm sorry.  Let me say that

8  differently.

9            The way a multilayer board is made is

10  from a number of layers.  They're physically

11  separate pieces that are in the manufacture and

12  they're glued together.  When you're doing

13  reverse engineering, you use a precise saw to

14  divide the board up so that you get back all of

15  those pieces which were the input to the board's

16  manufacture.  Once you've sliced the board into

17  those pieces, then you can see the layout for

18  the entire board.

19            Also in doing reverse engineering there

20  are techniques like taking an x-ray of the

21  circuit board provides lots of helpful

22  information, so this field of reverse

23  engineering is incredibly sophisticated.

24            There were lots of standard techniques

Christopher Howe vs. Speedway LLC, et al.                256-                   Christopher Daft, Ph.D.
No. 1:19-cv-01374                                                                9/24/2021
Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 77 of 80 PageID #:3034

1    that have been -- that are known for doing

2    reverse engineering.  But certainly the fact

3    that this board is probably multilayer isn't an

4    obstacle to reverse engineering it.

5         Q.   You say the layers are glued together,

6    right?

7         A.   That's right.

8         Q.   Are they covered in some kind of

9    protective coating before they're glued

10   together?

11        A.   It's laminated in a certain way so that

12   -- I mean, you have to make it so the one

13   layer's copper, the conductors, doesn't

14   interfere with another layer's copper.  But

15   they're laminated together with glue.  I mean,

16   this is very standard technology.

17        Q.   What kind of saw do you use to separate

18   the layers?

19        A.   There are lots of sophisticated saws.

20   You know, one that works is a saw like the type

21   of saw that's used to cingulate, which means

22   divide up, integrated circuits.

23             There are other -- I mean, another way

24   of doing it, perhaps simpler, is simply to take

1    the circuit board and put it rotating like a

2    sander, right?  So you can just abrade a layer

3    of the circuit board and then you'll see what's

4    underneath it.  This is standard procedure.

5         Q.   Do you know how many layers this board

6    has?

7         A.   I do not.

8         Q.   But you said it's likely a multilayered

9    board?

10        A.   That would be my guess.

11        Q.   When you have a multilayered board like

12   this, can you be sure that the visible or

13   accessible signals are the signals that you need

14   to access?

15        A.   For purposes of reverse engineering,

16   you don't need to know everything.  Those three

17   chips that we can see are the three black

18   squares.  If you -- and if are reading every pin

19   of each of those chips, that's providing an

20   enormous amount of information suitable for

21   reverse engineering what's going on.

22             So you don't have to go after every

23   last -- every last piece of copper.  Doing that

24   could well be sufficient.

Christopher Howe vs. Speedway LLC, et al.                    -258-                    Christopher Daft, Ph.D.
No. 1:19-CV-01374                                                                        9/24/2021

Case: 1:19-cv-01374 Document #: 142-9 Filed: 12/14/21 Page 79 of 80 PageID #:3036

1      Q.   How much time do you estimate it would

2   take for someone with a reasonably high degree

3   of microelectronic skill to do what you just

4   talked about?

5      A.   I can't give a reliable answer to that.

6   I have -- I mean, this is called a teardown.

7   That's the -- I mean, that would be how you'd

8   get all of the points.  You can see teardowns.

9           Every time there is a new iPhone, the

10  reverse engineering companies do a teardown and

11  they find out everything about that product

12  including what's going on inside the chips,

13  which is much harder than what I've been

14  describing, which is learning what goes on on a

15  circuit board.

16          So I can't estimate the amount of

17  resources needed to do it.  I do have a lot of

18  confidence that given enough resources, this is

19  doable.

20     Q.   From your experience in biosensing, do

21  you have an opinion or knowledge about whether

22  human finger ridges are regular and predictable

23  by some equation that can be applied to them?

24     A.   What you just said is true to some

1    extent and not true generally, so I'm not

2    offering an opinion on that.

3         Q.   When a fingerscan image is converted to

4    a template for feature extraction, some

5    information is lost, right?

6         A.   Certainly, because the file size is

7    smaller.  But again going back to the compressed

8    sensing thing, you can't conclude from the file

9    being smaller that you can't invert the process.

10   You can't say that that's impossible, ███

11   ████████████████████████████████

12        Q.   So your position is that although some

13   information is lost, it can be recreated?

14        A.   That's right, and the reason it's

15   possible to recreate it, that's what Cappelli

16   shows, and also I would take us back to the

17   digital camera with the compressed sensing.

18             That file that the camera produces is

19   tiny compared with the resolution, yet it's got

20   all of the high quality photographs that the

21   user wants.  So simply making the data smaller

22   does not mean that it's impossible to get back

23   to the original data, in this case the

24   fingerprint image.