IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HOWE, Individually, and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SPEEDWAY LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:19-cv-01374<br>)<br>)  Judge Edmond E. Chang<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's Memorandum Opinion and Order dated September 29, 2024 (Dkt. 188), Plaintiff Christopher Howe, individually and on behalf of the certified class (collectively, "Plaintiffs"), and Defendant Speedway LLC ("Defendant"), by and through their undersigned counsel, submit this Joint Status Report and state as follows:

1. On October 23, 2024, Plaintiffs sent Defendant a settlement demand.

2. On October 25, 2024, Plaintiff's counsel and Defendant's counsel had a follow-up call to discuss the settlement demand, potentially mediating the matter, and the Parties circulated suggested potential mediators and their current availability.

3. At this time, the Parties do not request a referral for a settlement conference with the Magistrate Judge, but are contemplating private mediation.

4. Given that this is an employment matter with class members' contact information readily available to Defendant, the Parties contemplate traditional direct notice to the class informing them of the pending lawsuit. If the Parties reach a proposed settlement and the Court grants preliminary approval of a settlement, however, the content of the Notice would substantially

`Case: 1:19-cv-01374 Document #: 189 Filed: 10/28/24 Page 2 of 2 PageID #:4197`

2

change. Therefore, the Parties request another week to iron out a plan. If the Parties schedule a mediation, the Parties may request a short stay of this action pending mediation.

Respectfully submitted this 28th day of October 2024.

| | |
|---|---|
| /s/ *Andrew C. Ficzko* | /s/ *Matthew C. Wolfe* |
| Ryan F. Stephan | Matthew C. Wolfe |
| James B. Zouras | SHOOK, HARDY & BACON L.L.P. |
| Andrew C. Ficzko | 111 South Wacker Drive |
| STEPHAN ZOURAS, LLC | Chicago, Illinois 60606 |
| 222 W. Adams Street, Suite 2020 | mwolfe@shb.com |
| Chicago, Illinois 60606 | |
| 312.233.1550 | Tristan L. Duncan |
| 312.233.1560 *f* | SHOOK, HARDY & BACON L.L.P. |
| rstephan@stephanzouras.com | 2555 Grand Boulevard |
| jzouras@stephanzouras.com | Kansas City, Missouri 64108 |
| aficzko@stephanzouras.com | tlduncan@shb.com |
| | |
| J. Eli Wade-Scott | **ATTORNEYS FOR SPEEDWAY LLC** |
| Edelson PC | |
| 350 North LaSalle Street, 14th Floor | |
| Chicago, IL 60654 | |
| Telephone: 312-589-6370 | |
| Facsimile: 312-589-6378 | |
| ewadescott@edelson.com | |
| atievsky@edelson.com | |

**ATTORNEYS FOR PLAINTIFF AND CLASS MEMBERS**