**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER HOWE, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> SPEEDWAY LLC, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> No. 1:19-cv-01374 </br></br> Hon. Edmond E. Chang |

## JOINT STATUS REPORT

Pursuant to the Court's November 13, 2024, minute order (Doc. 192), Plaintiff Christopher Howe, individually and on behalf of the certified class (collectively, "Plaintiffs"), and Defendant Speedway LLC ("Defendant") submit this joint status report and state as follows:

1. The parties have scheduled a mediation for March 20, 2025, with the Hon. Morton Denlow (Ret.).

2. The parties respectfully request that the Court continue to stay this matter, including class notice, pending conclusion of the March 20, 2025, mediation.

3. The parties propose to submit a joint status report as to the outcome of the mediation on or before March 31, 2025.

| | |
|---|---|
| Dated: January 8, 2025 | Respectfully submitted, |
| **CHRISTOPHER HOWE** | **SPEEDWAY LLC** |
| By: */s/ Ryan F. Stephan* <br> Ryan F. Stephan <br> James B. Zouras <br> Andrew C. Ficzko <br> **STEPHAN ZOURAS, LLC** <br> 222 West Adams Street, Suite 2020 <br> Chicago, IL 60606 <br> (312) 233-1550 <br> rstephan@stephanzouras.com <br> jzouras@stephanzouras.com <br> aficzko@stephanzouras.com <br><br> J. Eli Wade Scott <br> Alexander G. Tievsky <br> **EDELSON PC** <br> 350 North LaSalle Street, 13th Floor <br> Chicago, IL 60654 <br> ewadescott@edelson.com <br> atievsky@edelson.com <br><br> ***Attorneys for Plaintiff and the Class*** | By: */s/ Matthew C. Wolfe* <br> Matthew C. Wolfe <br> **SHOOK, HARDY & BACON L.L.P.** <br> 111 South Wacker Drive, Suite 4700 <br> Chicago, IL 60606 <br> (312) 704-7700 <br> mwolfe@shb.com <br><br> Tristan L. Duncan (*pro hac vice*) <br> **SHOOK, HARDY & BACON L.L.P.** <br> 2555 Grand Boulevard <br> Kansas City, MO 64108 <br> (816) 474-6550 <br> tlduncan@shb.com <br><br> ***Attorneys for Defendant Speedway LLC*** |