# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HOWE, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) No. 1:19-cv-01374 ) |
| v. | ) Hon. Edmond E. Chang ) |
| SPEEDWAY LLC, | ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's January 10, 2025, minute order (Dkt. 195), Plaintiff Christopher Howe, individually and on behalf of the certified class (collectively, "Plaintiffs"), and Defendant Speedway LLC ("Defendant") submit this joint status report and state as follows:

1. The Parties participated in a mediation on March 20, 2025, with the Hon. Morton Denlow (Ret.) and have reached an agreement in principle to resolve this matter.

2. The Parties are currently in the process of drafting a settlement agreement and expect to have a finalized agreement no later than April 21, 2025.

Dated: March 31, 2025

Respectfully submitted,

**CHRISTOPHER HOWE**

By: */s/ Andrew C. Ficzko*
Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko
**STEPHAN ZOURAS, LLC**
222 West Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550
rstephan@stephanzouras.com

**SPEEDWAY LLC**

By: */s/ Matthew C. Wolfe*
Matthew C. Wolfe
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
(312) 704-7700
mwolfe@shb.com

Tristan L. Duncan (*pro hac vice*)

| | |
|---|---|
| jzouras@stephanzouras.com<br>aficzko@stephanzouras.com<br><br>J. Eli Wade Scott<br>Alexander G. Tievsky<br>**EDELSON PC**<br>350 North LaSalle Street, 13th Floor<br>Chicago, IL  60654<br>ewadescott@edelson.com<br>atievsky@edelson.com<br><br>*Attorneys for Plaintiff and the Class* | **SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, MO  64108<br>(816) 474-6550<br>tlduncan@shb.com<br><br>*Attorneys for Defendant Speedway LLC* |

### CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on March 31, 2025, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew C. Ficzko*