# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Christopher Howe
                     Plaintiff,

v.                                       Case No.: 1:19−cv−01374
                                              Honorable Edmond E. Chang

Speedway LLC, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2025:

       MINUTE entry before the Honorable Edmond E. Chang: On the Plaintiff's motion for preliminary approval of settlement [205], the in−person motion hearing is set for 07/10/2025 at 9:15 a.m. The tracking status hearing of 06/27/2025 is vacated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.