**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Christopher Howe
                              Plaintiff,

v.                                                           Case No.: 1:19−cv−01374
                                                                        Honorable Edmond E. Chang

Speedway LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: In−person motion hearing held on 07/10/2025 on the motion [205] for preliminary approval. (1.) As discussed on the record, the Court inquired about the threshold of uncashed checks for triggering a second round of distribution. As currently proposed, the amount is $350,000 or more to trigger a second round, which could lead to a very substantial amount of funds left undistributed and going to a cy pres instead. Indeed, $350,000 divided by 7,697 class members is $45.47, which is substantial. And of course a second round would be consist of fewer than 7,697 members (by definition, the mailing would go to a subset of the 7,697), so the per−member amount would be more than that. The other side of the ledger is, of course, administration costs and attorney time. But the estimated $11,000 it would cost to administer a second round is a relatively tiny fraction of the potential $350,000. So the Court directed the parties to bring down the second−round trigger so that the per−member recovery during a second round would be around $30. The parties shall file a joint supplement today setting forth the new trigger. (2.) With that modification, the motion for preliminary approval of the class action settlement [205] is granted. As detailed during the hearing, Rule 23(a), 23(b)(3), and 23(e) requirements have all been met. A separate order will be posted on the docket. (3.) The final approval hearing is set for 10/21/2025 at 12:15 p.m. in Courtroom 2341. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.