# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HOWE, individually, | ) | |
| and on behalf of all others similarly | ) | |
| situated, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-01374 |
| | ) | |
| vs. | ) | Hon. Edmond E. Chang |
| | ) | |
| SPEEDWAY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE**

This Addendum to Class Action Settlement Agreement and Release (the "Addendum") is entered into by and among Plaintiff Christopher Howe ("Plaintiff"), for himself individually and on behalf of the Class, and Defendant Speedway LLC ("Speedway" or "Defendant").[1] The provisions of this Addendum shall be deemed a part of and shall supersede any conflicting or inconsistent provisions contained in the Agreement. Except as expressly modified by this Addendum, all provisions of the Agreement shall remain unmodified in full force and effect. Subject to and in accordance with the foregoing, the Parties hereby agree that:

1.      Section F.5 shall be amended as follows:

If the total amount remaining in the Settlement Fund as a result of uncashed checks at the end of the one hundred twenty (120) day check cashing period exceeds Seventy-Four Thousand Dollars ($74,000.00), the Settlement Administrator will initiate a second round of *pro rata* distribution to those Class

---

[1]      Unless otherwise specified, capitalized terms in this Addendum shall have the definitions ascribed to them in Section A of the Class Action Settlement Agreement and Release.

1

Members who participated in the settlement by cashing their initial checks. If the total amount remaining is less than Seventy-Four Thousand Dollars ($74,000.00) after the initial round of distribution, or if there is any amount remaining after a second round of distribution after providing a one hundred twenty (120) day check cashing period, such amounts will be transferred to a mutually agreeable *cy pres* that is approved by the Court.

**CHRISTOPHER HOWE**

By:_____

Christopher Howe, Plaintiff

Date:7/15/2025_____

**SPEEDWAY, LLC**

By:_____

Name:_____

Title:_____

Date:_____

2

Members who participated in the settlement by cashing their initial checks. If the total amount remaining is less than Seventy-Four Thousand Dollars ($74,000.00) after the initial round of distribution, or if there is any amount remaining after a second round of distribution after providing a one hundred twenty (120) day check cashing period, such amounts will be transferred to a mutually agreeable *cy pres* that is approved by the Court.

**CHRISTOPHER HOWE**

By:_____
    Christopher Howe, Plaintiff

Date:_____

**SPEEDWAY, LLC**

By:_____

Name: Jose A. Motta

Title: VP Total Rewards

Date: 15/07/2025

2