# EXHIBIT 2

From: noreply@SpeedwayBIPASettlement.com
To: «Class Member Email»
Re: Class Action Settlement for Speedway Employees



# Class Action Settlement Notice

*Howe v. Speedway LLC*
Case No. 1:19-cv-01374
**Authorized by the United States District Court for the Northern District of Illinois**

| | | |
|---|---|---|
| Did you scan your finger while working for Speedway in Illinois between September 1, 2012 and November 1, 2017? | There is a class action settlement and, if it is approved and you don't opt out, you will be sent a payment of about **$970.** | To be a part of this Settlement, you do not need to do anything. If you do not want to be part of the class action, you need to opt out by September 16, 2025. If you disagree with any of the Settlement's terms, you need to submit your objection(s) by September 16, 2025. |

**Class Member Name «FirstName» «LastName»,
Unique ID: «ClaimLoginID»**

**PIN: «ClaimLoginPIN»**

You are receiving this email notice because our records indicate that you scanned your finger while working at Speedway, LLC ("Speedway" or "Defendant") in Illinois between September 1, 2012 and November 1, 2017 and are entitled to a payment from a class action settlement. The lawsuit alleges that Speedway violated an Illinois law called the Biometric Information Privacy Act ("BIPA") by collecting workers' biometric data through a finger-scanning timeclock system in Illinois without complying with the law's requirements. The Settlement does not establish who is right or wrong. Speedway denies that it violated any laws. The lawsuit is called *Howe*

*v. Speedway, LLC.,* Case No. 19-cv-01374, and is in federal court in the United States District Court for the Northern District of Illinois. **Please read this notice carefully. Your legal rights are affected whether you act, or don't act**.

**Am I part of the Class?** Our records indicate that you are included. The Class includes all individuals who used a finger scanner on a timeclock while working for Speedway in the state of Illinois between September 1, 2012, and November 1, 2017. Some exclusions apply. See [www.SpeedwayBIPASettlement.com](www.SpeedwayBIPASettlement.com), where you can find the long-form **Website Notice** for more details.

**What can I get out of the Settlement?** If you're included and you do nothing, a check for approximately **$970** will automatically be mailed to you at your last known address below, if the Settlement is approved:

>  **«Address»**

You can request to update your address by using the Address Update page of the Settlement Website **[here](here)**. To login to update your address, you must input the following:

> Unique ID: **«ClaimLoginID»**
> PIN: **«ClaimLoginPIN»**

This payment is an equal share of the $12,122,775 Settlement Fund, after any Court-approved payment of settlement expenses, attorneys' fees and expenses to Class Counsel (identified below), and an incentive award of up to $10,000 to the Class Representative (identified below).

**Who represents me?** The Court has appointed lawyers from the law firms Stephan Zouras, LLC and Edelson PC as "Class Counsel." They represent you and other Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees if you do. The Court has also chosen Christopher Howe—a Class Member like you—to represent the Class as your Class Representative.

**What are my options?** You have the following options: (1) Do nothing - if you're eligible, you'll receive your Class Member payment (estimated to be **$970**) and you won't be able to sue Speedway on this issue in the future; (2) Exclude yourself - you won't receive a payment, but you'll keep whatever rights you currently have to sue Speedway

on this issue; or (3) Object - if you disagree with any of the Settlement's terms, you can submit your objection(s) to the Court and explain why you do not like the Settlement but remain a Class Member. ***All Requests for Exclusion and Objections must be postmarked by September 16, 2025.*** For detailed requirements and instructions on how to exclude yourself or object, see the Website Notice **here**.

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing in person on October 21, 2025, at 12:15 p.m. (CT) before the Honorable Edmond E. Chang in Room 2341 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. During the hearing, the Court will hear any objections, determine if the Settlement is fair, and consider Class Counsel's request for expenses, fees up to 37.5% of the Settlement Fund, and an incentive award of $10,000 for the Class Representative. The request will be posted on the Settlement Website by September 2, 2025.

**How do I get more information?** For more information, visit www.SpeedwayBIPASettlement.com, contact the administrator at 844-496-0738, or write to the Speedway BIPA Settlement Administrator, PO Box 25226, Santa Ana, CA 92799 or info@SpeedwayBIPASettlement.com. You can also call Class Counsel at (312) 233-1550 and/or (312) 589-6370.

**Class Member ID:** «SIMID»



PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID

«IMbFullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State»  «Zip»

U.S. District Court for the Northern District of Illinois
*Howe v. Speedway LLC*
Case No. 1:19-cv-01374

# Class Action Settlement Notice
*Authorized by the U.S. District Court for the Northern District of Illinois*

Our records indicate that you scanned your finger while working for Speedway in Illinois between September 1, 2012 and November 1, 2017 and are entitled to a payment of approximately **$970** from a class action settlement.

See other side for details or visit www.SpeedwayBIPASettlement.com



You are receiving this notice because our records indicate that you used a finger scanner on a timeclock while working for Speedway LLC ("Speedway" or "Defendant") in Illinois between September 1, 2012 and November 2, 2017 and are entitled to a payment from a class action settlement. The lawsuit alleges that Speedway violated an Illinois law called the Biometric Information Privacy Act ("BIPA") by collecting workers' biometric data through a finger-scanning timeclock system in Illinois without complying with the law's requirements. The Settlement does not establish who is right or wrong. Speedway denies that it violated any laws. The lawsuit is called *Howe v. Speedway, LLC.*, Case No. 19-cv-01374, and is in federal court in the United States District Court for the Northern District of Illinois. Please read this notice carefully. Your legal rights are affected whether you act, or don't act.

**Am I part of the Settlement Class?** Our records indicate that you are included. The Class includes all individuals who used a finger scanner on a timeclock while working for Speedway in the state of Illinois between September 1, 2012, and November 1, 2017. Some exclusions apply. See www.SpeedwayBIPASettlement.com, where you can find the long-form Website Notice for more details

**What can I get out of the Settlement?** If you're included and you do nothing, a check for approximately **$970** will automatically be mailed to you at the address this notice was sent to, if the Settlement is approved. You can request to update your address by using the Address Update page of the Settlement Website www.SpeedwayBIPASettlement.com. To login to update your address, you must input the following:

> Unique ID: **«ClaimLoginID»**
> PIN: **«CaimLoginPIN»**

This payment is an equal share of the $12,122,775 Settlement Fund, after any Court-approved payment of settlement expenses, attorneys' fees and expenses to Class Counsel (identified below), and an incentive award of up to $10,000 to the Class Representative (identified below).

**<u>Who represents me?</u>** The Court has appointed lawyers from the law firms Stephan Zouras, LLC and Edelson PC as "Class Counsel." They represent you and other Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees if you do. The Court has also chosen Christopher Howe—a Class Member like you—to represent the Class as your Class Representative.

**What are my options?** You have the following options: (1) Do nothing - if you're eligible, you'll receive your Class Member payment (estimated to be **$970**) and you won't be able to sue Speedway on this issue in the future; (2) Exclude yourself - you won't receive a payment, but you'll keep whatever rights you currently have to sue Speedway on this issue; or (3) Object - if you disagree with any of the Settlement's terms, you can submit your objection(s) to the Court and explain why you do not like the Settlement but remain a Class Member. For detailed requirements and instructions on how to exclude yourself or object, see the Website Notice, available at www.SpeedwayBIPASettlement.com. ***All Requests for Exclusion and Objections must be postmarked by September 16, 2025.***

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing in person on **October 21, 2025,** at **12:15 p.m. (CT)** before the Honorable Edmond E. Chang in Room 2341 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. During the hearing, the Court will hear any objections, determine if the Settlement is fair, and consider Class Counsel's request for expenses, fees up to 37.5% of the Settlement Fund, and an incentive award of $10,000 for the Class Representative. The request will be posted on the Settlement Website by September 2, 2025.