UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HOWE, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) No. 1:19-cv-01374 ) |
| v. | ) Hon. Edmond E. Chang ) |
| SPEEDWAY LLC, | ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's October 21, 2025, minute order (Dkt. 217), Plaintiff Christopher Howe, individually and on behalf of the certified class (collectively, "Plaintiffs"), and Defendant Speedway LLC ("Defendant") submit this joint status report and state as follows:

1. The Parties confirm that on December 8, 2025, the Settlement Administrator mailed the Settlement Payments, including the Class Representative's Incentive Award, to the 7,696 Class Members.

2. The check cashing deadline is set for April 7, 2026.

Dated: December 18, 2025          Respectfully submitted,

**CHRISTOPHER HOWE**                **SPEEDWAY LLC**

By: /s/ *Andrew C. Ficzko*          By: /s/ *Matthew C. Wolfe*
Ryan F. Stephan                    Matthew C. Wolfe
James B. Zouras                    **SHOOK, HARDY & BACON L.L.P.**
Andrew C. Ficzko                   111 South Wacker Drive, Suite 4700
**STEPHAN ZOURAS, LLC**             Chicago, IL 60606
222 West Adams Street, Suite 2020  (312) 704-7700
Chicago, IL 60606                  mwolfe@shb.com
(312) 233-1550
rstephan@stephanzouras.com

jzouras@stephanzouras.com
aficzko@stephanzouras.com

J. Eli Wade Scott
Schuyler Ufkes
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
ewadescott@edelson.com
sufkes@edelson.com

*Attorneys for Plaintiff and the Class*

Tristan L. Duncan (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO  64108
(816) 474-6550
tlduncan@shb.com

*Attorneys for Defendant Speedway LLC*

### CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on December 18, 2025, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

  */s/ Andrew C. Ficzko*

2